IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| ALEON METALS, LLC, *et al.*,[1] | ) Case No. 25-90305 (CML) |
| Debtors. | ) (Joint Administration Requested) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR AUGUST 19, 2025**
<u>**EMERGENCY FIRST-DAY HEARING**</u>

The above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") file this witness and exhibit list in connection with the *virtual hearing* to be held on **August 19, 2025 at 3:30 p.m. (prevailing Central Time)** (the "<u>Hearing</u>") before the Honorable Judge Christopher Lopez, United States Bankruptcy Judge, Courtroom 401, 515 Rusk Street, Houston, Texas 77002.

<u>**WITNESSES**</u>:

1. Roy Gallagher, Senior Managing Director, Ankura Consulting Group, LLC (live or by declaration);

2. Paul Shin, Senior Vice President, Jefferies LLC (live or by declaration);

3. Sheryl Betance, Senior Managing Director of Stretto, Inc. (live or by declaration);

4. Any witnesses listed or called by any other party;

5. Any witness necessary to authenticate a document;

<u>Judge</u>:  Honorable Judge Christopher M. Lopez
<u>Courtroom Deputy</u>:  Yesenia Lila
<u>Hearing Date</u>:  August 19, 2025
<u>Hearing Time</u>:  3:30 p.m. (prevailing Central Time)
<u>Party's Name</u>:  Debtors
<u>Attorneys' Names</u>:  Jason L. Boland
    Robert B. Bruner
    Julie Harrison
    Maria Mokrzycka
    Jennifer L. Marines
    Benjamin Butterfield
    Andrew Kissner
    Joseph Murphy
    Donghao Yan
    Ilayna Guevrekian

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aleon Metals, LLC (1610); Aleon Renewable Metals, LLC (9215); and Gladieux Metals Recycling, LLC (6057).  The location of the Debtors' service address is: P.O. Box 2290, 302 Midway Road, Freeport, TX 77542.

6. Any witnesses necessary to establish that notice of the Hearing has been provided; and

7. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other party.

Attorney's Phone:  (713) 651-5151
(212) 468-8000

Nature of Proceeding:  Hearing on Emergency First Day Motions

## EXHIBITS

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 1. | Declaration of Roy Gallagher in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Dkt. No. 2] | | | | |
| 2. | Debtors' Organizational Chart, attached as Exhibit A to the Declaration of Roy Gallagher in Support of Chapter 11 Petitions and the Debtors' First Day Motions [Dkt. No. 2] | | | | |
| 3. | Declaration of Paul Shin in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Dkt. No. 10] | | | | |
| 4. | Declaration of Richard W. Morgner in support of the Debtors' Emergency Motion for Entry of (I) an Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing Entry into the Stalking Horse Agreement, (C) Approving Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Scheduling an Auction and Sale Hearing, (E) Approving the Form and Manner of Notice Thereof, and (F) Granting Related Relief, and (II) an Order (A) | | | | |

|   |   |   |   |   |
|---|---|---|---|---|
|   | Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Dkt. No. 12] |   |   |   |
| 5. | Superpriority Secured Debtor-in-Possession Credit Agreement, dated as of August [●], 2025, attached as Exhibit A to the Interim Order (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Dkt. No. 9-1] |   |   |   |
| 6. | Initial DIP Budget, attached as Exhibit B to the Interim Order (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Dkt. No. 9-1] |   |   |   |
| 7. | Cash Management System Schematic, attached as Exhibit A to the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System; (B) Maintain Their Existing Bank Accounts; (C) Pay Related Prepetition Obligations; and (D) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief [Dkt. No. 13-1] |   |   |   |
| 8. | Bank Accounts List, attached as Exhibit B to the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System; (B) Maintain Their Existing Bank Accounts; (C) Pay Related Prepetition Obligations; and (D) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief [Dkt. No. 13-2] |   |   |   |
| 9. | Stretto Engagement Letter, attached as Exhibit A to the Debtors' Emergency *Ex Parte* Application for Entry Of An Order |   |   |   |

3

| | | | | |
|---|---|---|---|---|
| | Authorizing The Employment And Retention Of Stretto, Inc. As Claims, Noticing, And Solicitation Agent [Dkt. No. 5-1] | | | |
| 10. | Declaration of Sheryl Betance, attached as Exhibit B to the Debtors' Emergency *Ex Parte* Application for Entry Of An Order Authorizing The Employment And Retention Of Stretto, Inc. As Claims, Noticing, And Solicitation Agent [Dkt. No. 5-2] | | | |
| 11. | Notice of Commencement of Chapter 11 Cases, attached as Exhibit 1 to the Proposed Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and List of the 30 Largest Unsecured Creditors; (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information; (III) Approving the Form and Manner of Notice of Commencement; and (IV) Granting Related Relief [Dkt. No. 4-1] | | | |
| 12. | Utility Services List, attached as Exhibit B to the Debtors' Emergency Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving Adequate Assurance Procedures, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief [Dkt. No. 17-1] | | | |
| 13. | Taxing Authority List, attached as Exhibit B to the Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees, and (II) Granting Related Relief [Dkt. No. 15-1] | | | |
| 14. | Schedule of Insurance Policies, attached as Exhibit A to the Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, and Enter Into New Insurance Policies, (C) Honor the Terms of the Premium Financing Agreements and Pay Premiums Thereunder, and (D) Enter Into New Premium Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Dkt. No. 14-1] | | | |
| 15. | Insurance Premium Financing Agreements, attached as Exhibit B to the Debtors' Emergency Motion for Entry of an Order (I) | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, and Enter Into New Insurance Policies, (C) Honor the Terms of the Premium Financing Agreements and Pay Premiums Thereunder, and (D) Enter Into New Premium Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Dkt. No. 14-2] | | | | |
| 16. | Trade Agreement, attached as Exhibit A to the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) Lien Claimants, and (C) Section 503(b)(9) Claimants, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [Dkt. No. 18-1] | | | | |
| 17. | Form of Stalking Horse Agreement, attached as Exhibit A to the Debtors' Emergency Motion for Entry of (I) an Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing Entry into the Stalking Horse Agreement, (C) Approving Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Scheduling an Auction and Sale Hearing, (E) Approving the Form and Manner of Notice Thereof, and (F) Granting Related Relief, and (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Dkt. No. 11-1] | | | | |
| 18. | Notice of Virtual Hearing on First Day Motions [Dkt. No. 19] | | | | |
| 19. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy cases. | | | | |
| 20. | Any exhibit introduced by any other party. | | | | |
| 21. | Rebuttal or impeachment exhibits as necessary. | | | | |

**RESERVATION OF RIGHTS**

The Debtors reserve their right to: (i) amend, supplement, or remove any witnesses and/or exhibits prior to the Hearing; (ii) use additional exhibits for the purposes of rebuttal or impeachment and further supplement the foregoing witness and exhibit list as appropriate; (iii) use any exhibits presented by any other party; and (iv) ask the Court to take judicial notice of any document.

[*Remainder of Page Intentionally Left Blank.*]

Houston, Texas
Dated: August 17, 2025

*/s/ Jason L. Boland*

| **NORTON ROSE FULBRIGHT US LLP** | **MORRISON & FOERSTER LLP** |
|---|---|
| Jason L. Boland (SBT 24040542) | Jennifer L. Marines (*pro hac vice forthcoming*) |
| Bob B. Bruner (SBT 08390450) | Benjamin Butterfield (*pro hac vice forthcoming*) |
| Julie Harrison (SBT 24092434) | Andrew Kissner (*pro hac vice forthcoming*) |
| Maria Mokrzycka (SBT 24119994) | 250 West 55th Street |
| 1550 Lamar, Suite 2000 | New York, New York 10019 |
| Houston, Texas 77010 | Telephone: (212) 468-8000 |
| Telephone: (713) 651-5151 | Facsimile: (212) 468-7900 |
| Facsimile: (713) 651-5246 | Email: jmarines@mofo.com |
| Email: jason.boland@nortonrosefulbright.com | Email: bbutterfield@mofo.com |
| Email: bob.bruner@nortonrosefulbright.com | Email: akissner@mofo.com |
| Email: julie.harrison@nortonrosefulbright.com | |
| Email: maria.mokrzycka@nortonrosefulbright.com | |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

### Certificate of Service

I certify that on August 17, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas. Additionally, the foregoing document will be served as set forth in a forthcoming affidavit filed by the Debtors' proposed claims agent.

*/s/ Jason L. Boland*
Jason L. Boland