**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Aleon Metals, LLC, *et al.* [1] | ) ) | Case No. 25-90305 (CML) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

**MASON METALS, LLC'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO DIP MOTION AND BIDDING PROCEDURES MOTION**

**[Related to Docket Nos. 9 and 11]**

Mason Metals, LLC ("Mason Metals") hereby files this limited objection and reservation of rights (the "Limited Objection") to the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties: (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 9] (the "DIP Motion") and the *Debtors' Emergency Motion for Entry of (I) An Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing Entry into the Stalking Horse Agreement, (C) Approving Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Scheduling an Auction and Sale Hearing, (E) Approving the Form and Manner of Notice Thereof, and (F) Granting Related Relief, and (II) An Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aleon Metals, LLC (1610); Aleon Renewable Metals, LLC (9215); and Gladieux Metals Recycling, LLC (6057). The location of the Debtors' service address is: P.O. Box 2290, 302 Midway Road, Freeport, TX 77542.

*Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [Docket No. 11] (the "<u>Bidding Procedures Motion</u>") filed by the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>").  In support of the Limited Objection, Mason Metals respectfully states as follows:

<u>**Background**</u>

**A.     The DIP Motion and the Bidding Procedures Motion**

1.     On August 17, 2025 (the "<u>Petition Date</u>"), the Debtors filed the DIP Motion and the Bidding Procedures Motion. An emergency hearing to consider approval of the DIP Motion and the Bidding Procedures Motion is scheduled for August 19, 2025.

2.     Pursuant to the DIP Motion, the Debtors seek, among other things, to obtain approval to grant DIP Liens on DIP Collateral and Adequate Protection Liens on Prepetition Collateral (each as defined in the DIP Motion). Pursuant to the Bidding Procedures Motion, the Debtors seek approval of procedures to govern the sale of substantially all of their Assets (as defined in the Bidding Procedures Motion).

**B.     The Mason Metals' Product Owned by Mason Metals**

3.     Debtor Gladieux Metals Recycling, LLC ("<u>GMR</u>") and Mason Metals are party to a Master Sale and Repurchase Agreement dated as of April 19, 2023 (the "<u>Repurchase Agreement</u>") and a Replacement Metal Transfer Agreement dated as of February 13, 2025. Pursuant to the Repurchase Agreement, Mason Metals and GMR executed certain sale transactions provided for in (and evidenced by) a Confirmation of Sale Transactions dated April 19, 2023, and a Confirmation of Sale Transaction dated June 21, 2024 (the "<u>Sale Confirmations</u>"), which are subject to and form a part of the Repurchase Agreement. As set forth in the Sale Confirmations and in accordance with the terms of the Repurchase Agreement,

Mason Metals purchased all rights, title, risk, and interest in certain metals from GMR (the "Mason Metals' Product").

4.      The Mason Metals' Product is currently stored at GMR's processing plant in Freeport, Texas (the "Plant") in bins that are leased by the Debtors from Catalyst and Chemical Contains, LLC ("Hoover").

5.      Prior to the Petition Date, Hoover filed a lawsuit against GMR in the District Court of Brazoria County, Texas, 149th Judicial District (the "State Court"), Cause No. 134327-CV.

6.      On June 11, 2025, the State Court entered an *Agreed Order Granting Temporary Injunction* (the "State Court Order"). A true and correct copy of the State Court Order is attached hereto as **Exhibit A**. The State Court Order provides that "Mason Metals has full right, title, interest, and ownership in and to the Mason Metals' Product." State Court Order ¶ 7. "Of the Hoover Bins (1,681 bins) in [GMR]'s possession, 1,545 bins are filled with Mason Metals' Product that is owned by Mason Metals (the "Mason Material Bins")…." *Id.* ¶ 8. The Mason Material Bins containing the Mason Metals' Product are described in Exhibit B of the State Court Order.

7.      The State Court Order further provides:

> [N]o claim or defense of [GMR] is preserved with respect to Mason Metals' absolute ownership of the Mason Metals' Product and Hoover's absolute ownership of Hoover's Bins as entry of this Agreed TI Order reflects [GMR's] agreement and finding of this Court that Mason Metals has full right, title, interest, and ownership in and to the Mason Metals' Product and that Hoover has full right, title, interest, and ownership in and to Hoover's Bins.

*Id.* ¶ 17. Accordingly, Mason Metals owns the Mason Metals' Product. As such, the Mason Metals' Product is not property of the Debtors' estates, does not constitute Prepetition Collateral, does not constitute DIP Collateral, and cannot be sold as an Asset of the Debtors.

<u>**Limited Objection**</u>

8.      Counsel for the Debtors and counsel for Mason Metals are engaged in active discussions regarding proposed language to be added to the forms of proposed orders granting the DIP Motion and the Bidding Procedures Motion. The purpose of the language is to reserve Mason Metals' rights with respect to ownership of the Mason Metals' Product and to clarify that (i) the DIP Collateral and the Prepetition Collateral do not include Mason Metals' Product, given that the Mason Metals' Product is owned by Mason Metals and does not constitute property of the Debtors' estates; and (ii) for the same reasons, the Mason Metals' Product is not included within the scope of the Debtors' Assets being marketed for sale in connection with the Bidding Procedures Motion.

9.      Specifically, counsel for Mason Metals has proposed the following language for inclusion with the proposed orders granting the DIP Motion and the Bidding Procedures Motion, which language is currently subject to the Debtors' ongoing review and subject to the Debtors complying with any applicable review and consent rights of the Debtors' lenders:

- **Proposed DIP Order Insert:** Notwithstanding anything in this Order to the contrary, the Prepetition Collateral and the DIP Collateral do not include the "<u>Mason Metals' Product</u>," as such term is defined in the *Agreed Order Granting Temporary Injunction* (the "<u>State Court Order</u>") entered by the District Court of Brazoria County, Texas, 149th Judicial District on June 11, 2025 in *Catalyst and Chemical Containers, LLC v. Gladieux Metals Recycling, LLC*, Cause No. 134327-CV. As set forth in the State Court Order, Mason Metals has full right, title, interest, and ownership in and to the Mason Metals' Product, and no claim or defense of GMR is preserved with respect to Mason Metals' absolute ownership of the Mason Metals' Product. As such, the Mason Metals' Product does not constitute property of the Debtors' estates.

- **Proposed Bidding Procedures Order Insert:** Notwithstanding anything in this Order, the Bidding Procedures, or the Stalking Horse Agreement, to the contrary, the Assets of the Debtors do not include the "Mason Metals' Product," as such term is defined in the *Agreed Order Granting Temporary Injunction* (the "State Court Order") entered by the District Court of Brazoria County, Texas, 149th Judicial District on June 11, 2025 in *Catalyst and Chemical Containers, LLC v. Gladieux Metals Recycling, LLC*, Cause No. 134327-CV. As set forth in the State Court Order, Mason Metals has full right, title, interest, and ownership in and to the Mason Metals' Product, and no claim or defense of GMR is preserved with respect to Mason Metals' absolute ownership of the Mason Metals' Product. As such, the Mason Metals' Product does not constitute property of the Debtors' estates.

10.     Counsel for Mason Metals is working with counsel for the Debtors to finalize the form of such proposed language in advance of the hearing on the DIP Motion and the Bidding Procedures Motion.

## Reservation of Rights

11.     Nothing contained herein shall be deemed to constitute a waiver of any rights, claims, defenses, or remedies that Mason Metals may have under applicable law or agreement.

## Conclusion

12.     Mason Metals respectfully requests any order approving the DIP Motion clarify that DIP Collateral and Prepetition Collateral do not include Mason Metals' Product and any order approving the Bidding Procedures Motion or a proposed sale of the Debtors' assets expressly provide that the Mason Metals' Product is not an asset of the Debtors' estates.

RESPECTFULLY SUBMITTED this 19th day of August 2025.

By: *David L. Staab*
Kenric D. Kattner
State Bar No. 11108400
**HAYNES AND BOONE, LLP**
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone: 713.547.2000
Email: kenric.kattner@haynesboone.com

And

David L. Staab
State Bar No. 24093194
**HAYNES AND BOONE, LLP**
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201
Telephone: 214.651.5000
Email: david.staab@haynesboone.com

**COUNSEL FOR MASON METALS, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 19, 2025, a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice in these cases.

  */s/ David L. Staab*
David L. Staab

## **<u>Exhibit A</u>**

State Court Order

FILED
At 1:52 o'clock P M.
JUN 11 2025
Casssssssa Jiguss
Clerk of District Court Brazoria Co., Texas
BY_____DEPUTY

CAUSE NO. 134327-CV

| | | |
|---|---|---|
| CATALYST AND CHEMICAL CONTAINERS, LLC, | § § § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § | |
| v. | § § | BRAZORIA COUNTY, TEXAS |
| GLADIEUX METALS RECYCLING, LLC, | § § § | |
| *Defendant.* | § § | 149th JUDICIAL DISTRICT |

## AGREED ORDER GRANTING TEMPORARY INJUNCTION

On this day, the Court considered Catalyst and Chemical Containers, LLC's ("Hoover")

First Amended Petition and Application for Temporary Injunction Against Defendant Gladieux

Metals Recycling, LLC ("Gladieux") seeking, among other things, the issuance of a temporary

injunction order (the "Application"). Based on the Application and the agreement of the parties to

this Agreed TI Order, the Court finds good cause to enter this Agreed Temporary Injunction Order

("Agreed TI Order") and hereby finds and concludes as follows:

1.     Gladieux operates a facility that processes and recycles spent hydroprocessing

catalyst generated by petroleum refineries during the production of gasoline, diesel, and jet fuel.

Gladieux's processing plant is located at 302 Midway Road in Freeport, Texas (the "Plant").

2.     Hoover leases large bulk containers (also referred to as "bins") that are used to store

catalyst processed and recycled by Gladieux. Hoover's bins are collectively referred to herein as

"Hoover's Bins."

3.     Gladieux leased several thousand bins from Hoover pursuant to three purchase

orders: (1) Purchase Order Number 158102 sent to Hoover on April 8, 2024; (2) Purchase Order

1

Number 158723 sent to Hoover on August 13, 2024; and (3) Purchase Order Number 159172 sent to Hoover on January 9, 2025 (collectively, the "Agreement").

4.    Of the $3,352,973.30 billed by Hoover against the three purchase orders, Gladieux paid Hoover $1,090,832.30, leaving $2,262,141.00 in unpaid invoices, excluding interest.

5.    On May 21, 2025, Hoover terminated the Agreement and demanded the return of Hoover's Bins to Hoover's service center located at 4935 Timber Creek Dr., Houston, TX, USA 77017, at Gladieux's cost and in good working condition.

6.    Despite Hoover's termination of the Agreement and demand for the immediate return of its property, Gladieux has retained Hoover's Bins (1,681 of Hoover's catalyst bins at its Plant), representing approximately 15% of Hoover's U.S. fleet of catalyst bins.  Exhibit A to the Agreed TI Order identifies Hoover's Bins by serial number.

7.    The vast majority of the leased Hoover's Bins contain material—a type of metal known as "roasted calcine"—that Gladieux sold to a non-party, Mason Metals, LLC ("Mason Metals"). The metal owned by Mason Metals is described herein as the "Mason Metals' Product." Mason Metals has full right, title, interest, and ownership in and to the Mason Metals' Product.

8.    Of the  Hoover Bins (1,681 bins) in Gladieux's possession, 1,545 bins are filled with Mason Metals' Product that is owned by Mason Metals (the "Mason Material Bins"), 96 bins are filled with materials owned by Gladieux (the "Gladieux Material Bins"), and 40 bins are empty and in the process of being cleaned by Gladieux and prepared for return to Hoover (the "Empty Bins"). The Mason Material Bins, containing the Mason Metals' Product, are described in Exhibit B.

9.    It is undisputed that Gladieux is in financial distress. Due to its financial distress, Gladieux does not have the resources required to process the Mason Metals' Product that it sold to

Mason Metals (which is currently stored in Hoover's Bins). Given its current financial condition, Gladieux does not expect to be able to satisfy a future judgment to Hoover.

10.     It is also undisputed that Hoover owns Hoover's Bins located at Gladieux's Plant.

11.     Hoover, Gladieux and Mason Metals are in the process of exploring a commercial resolution with respect to the removal of material from Hoover's Bins and return of the bins to Hoover's service center located at 4945 Timber Creek Drive, Houston, Texas 77017 (the "Hoover Facility"). To facilitate those discussions, Hoover, Gladieux and Mason Metals have agreed to entry of this Agreed TI Order.

12.     Therefore, the Court **FINDS** (a) this Agreed TI Order should be entered; (b) the parties agree that this Agreed TI Order should be entered; and (c) that all requirements for entry of this Agreed TI Order have been satisfied, including with respect to Hoover's probable right of relief on the causes of action asserted in its First Amended Petition and the likelihood of irreparable harm in the absence of injunctive relief.

**THEREFORE, THE COURT ORDERS AS FOLLOWS:**

13.     With respect to the Mason Material Bins and Mason Metals' Product, **IT IS ORDERED THAT,** for a period of ninety days from entry of this order, Gladieux and each of its respective agents, employees, and representatives; any Gladieux creditor or any other person or entity claiming any interest in any of Gladieux's property; and any person or entity acting in concert with the foregoing persons or entities:

> a.  shall not transfer, divert, or otherwise take or give control over the Mason Material Bins and/or Mason Metals' Product to any person or entity without the express written consent of both Hoover and Mason Metals or further order of the Court;

3

b. shall, upon receipt of joint written instructions of Hoover and Mason Metals, promptly comply with the joint written instructions of Hoover and Mason Metals to release the Mason Material Bins and/or Mason Metals' Product during the pendency of this Agreed TI Order; and

c. Provided, however, that Mason Metals may have the Mason Metals' Product removed from the Mason Materials Bins onsite at the Plant without interference from Hoover or Gladieux, and if such action is taken, Gladieux shall promptly make the empty Mason Material Bins available to Hoover

14. With respect to the Gladieux Material Bins and the Empty Bins, **IT IS FURTHER ORDERED as follows:**

a. Gladieux shall return the Empty Bins to Hoover at Gladieux's cost not later than June 13, 2025;

b. Gladieux may continue to possess the Gladieux Material Bins for a period of sixty-days from the entry of this order (the "TI Rental Term");

c. Gladieux shall pay Hoover Forty Thousand Dollas ($40,000) in exchange for the right to possess the Gladieux Material Bins during the Rental Term (the "Rental Payment"), and such Rental Payment shall be made via ACH or wire transfer on or before June 12, 2025, at 5:00 p.m. central time;

d. Before the conclusion of the TI Rental Term, Gladieux shall have the option to purchase eighty of the Gladieux Material Bins (previously identified by serial number on a spreadsheet exchanged between Gladieux and Hoover) from Hoover at a purchase price mutually agreed by Hoover and Gladieux of no more than $191,807.20 (the "Gross Purchase Price"), Gladieux shall receive a credit

4

against the Gross Purchase Price in the amount of the Rental Payment, and any purchase of the Gladieux Material Bins shall be memorialized in a mutually agreed upon bill of sale;

e. Provided, however, if Gladieux and Hoover do not execute a bill of sale for the purchase of eighty Gladieux Material Bins prior to the conclusion of the Rental Term, Gladieux unconditionally authorizes Hoover to retrieve all of the remaining Gladieux Material Bins from the Plant immediately following the expiration of the Rental Term.

15. It is **FURTHER ORDERED** that this Agreed TI Order shall remain in effect for a period of ninety days at which time this Agreed TI Order will expire on its own terms unless, prior to its expiration, the Agreed TI Order is (a) extended by agreement of the parties or (b) modified or dissolved by an order of this Court.

16. The entry of this Agreed TI Order is made without prejudice as to the rights of Hoover, Gladieux, and Mason Metals to seek an extension, dissolution or modification of the relief granted in this Agreed TI Order (including dissolution based on circumstances that may arise after its entry). The entry of this Agreed TI Order is also made without prejudice with respect to the claims and defenses of Hoover, Gladieux, and Mason Metals, including but not limited to:

a. Hoover's entitlement to relief on the claims set forth in its First Amended Petition or any amendment thereto;

b. Any defense to the matters raised in Hoover's First Amended Petition by Gladieux or Mason Metals;

c. The obligation of Gladieux (or Mason Metals, if any) to compensate Hoover for the use of the bins prior to or during the pendency of this litigation.

17.     Provided, however, no claim or defense of Gladieux is preserved with respect to Mason Metals' absolute ownership of the Mason Metals' Product and Hoover's absolute ownership of Hoover's Bins as entry of this Agreed TI Order reflects Gladieux's agreement and finding of this Court that Mason Metals has full right, title, interest, and ownership in and to the Mason Metals' Product and that Hoover has full right, title, interest, and ownership in and to Hoover's Bins.

18.     The parties agree to waive the filing of any bond as a prerequisite to enforcement of this Agreed TI Order, making this Agreed TI Order effective immediately on the date of its execution.

19.     Finally, the Court orders this case set for trial the week of _September 2, 2025_.


SIGNED this ___ day of June, 2025.

_____
PRESIDING JUDGE


**AGREED AND ENTRY REQUESTED:**

**GRAY REED**

By:  _/s/ Jonathan M. Hyman_____
       Jonathan M. Hyman
       State Bar No.: 24032455
       jhyman@grayreed.com
       Kelly Leonard
       State Bar No.: 24078703
       kleonard@grayreed.com
       Kendall G. Hudgins
       State Bar No. 24143031
       khudgins@grayreed.com
       1300 Post Oak Blvd., Suite 2000
       Houston, Texas 77056
       Telephone: (713) 986-7000
       Facsimile: (713) 986-7100

**THE MOORE LAW FIRM**

By:   */s/ Randy E. Moore*
    Randy E. Moore
    State Bar No. 14363450
    rmoore@moore-law.us
    P.O. Box 3087
    Lake Jackson, Texas 77566
    (979) 285-2230

**ATTORNEYS FOR PLAINTIFF
CATALYST AND CHEMICAL
CONTAINERS, LLC**

**VASQUEZ WAITE PLLC**

By: */s/ Cara E. Vasquez*
    Cara E. Vasquez
    State Bar No. 24084011
    cara@vasquezwaite.com
    Mark A. Waite
    State Bar No. 00791865
    mark@vasquezwaite.com
    Campbell A. Colyer
    State Bar No. 24107738
    campbell@vasquezwaite.com
    440 Louisiana St., Suite 1600
    Houston, Texas 77002
    (713) 993-7950 (Tel.)

**ATTORNEYS FOR DEFENDANT
GLADIEUX METALS RECYCLING, LLC**

**HAYNES BOONE**

By: */s/Michael Mazzone*
    Michael Mazzone
    State Bar No. 13313000
    michael.mazzone@haynesboone.com
    1221 McKinney Street, Suite 4000
    Houston, Texas 77010
    (713) 547-2000 (Tel.)

**ATTORNEY FOR NON-PARTY**
**MASON METALS, LLC**

**Exhibit A**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 000177 | 000349 | 000518 | 000814 | 001128 | 001526 | 002657 | 002824 | 004865 |
| 000185 | 000359 | 000540 | 000840 | 001162 | 001532 | 002662 | 002840 | 004872 |
| 000194 | 000369 | 000550 | 000841 | 001169 | 001549 | 002671 | 004767 | 004874 |
| 000197 | 000372 | 000561 | 000856 | 001374 | 001552 | 002702 | 004770 | 004878 |
| 000211 | 000408 | 000563 | 000865 | 001380 | 001556 | 002707 | 004781 | 004904 |
| 000216 | 000412 | 000574 | 000880 | 001382 | 001560 | 002718 | 004785 | 004911 |
| 000234 | 000414 | 000604 | 000881 | 001389 | 002013 | 002757 | 004793 | 004913 |
| 000250 | 000422 | 000700 | 000912 | 001402 | 002547 | 002761 | 004795 | 004924 |
| 000269 | 000433 | 000715 | 000913 | 001406 | 002551 | 002771 | 004799 | 004926 |
| 000271 | 000435 | 000729 | 000926 | 001429 | 002562 | 002772 | 004800 | 004932 |
| 000280 | 000450 | 000731 | 000992 | 001432 | 002587 | 002778 | 004806 | 004950 |
| 000296 | 000457 | 000738 | 001008 | 001470 | 002594 | 002803 | 004831 | 004960 |
| 000316 | 000471 | 000751 | 001010 | 001488 | 002621 | 002804 | 004837 | 004969 |
| 000318 | 000480 | 000764 | 001027 | 001492 | 002628 | 002811 | 004854 | 004979 |
| 000320 | 000487 | 000767 | 001035 | 001513 | 002639 | 002813 | 004858 | 004997 |
| 000343 | 000496 | 000774 | 001057 | 001523 | 002647 | 002815 | 004859 | 005025 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 005033 | 005227 | 007073 | 007224 | 007386 | 008092 | 009101 | 009265 | 009400 |
| 005040 | 005231 | 007084 | 007269 | 007408 | 008100 | 009111 | 009270 | 009403 |
| 005046 | 005252 | 007086 | 007290 | 007410 | 008102 | 009119 | 009278 | 009415 |
| 005048 | 005295 | 007087 | 007291 | 007412 | 008104 | 009136 | 009284 | 009422 |
| 005063 | 005308 | 007095 | 007292 | 008020 | 008118 | 009137 | 009291 | 009428 |
| 005076 | 005316 | 007102 | 007293 | 008023 | 008120 | 009141 | 009297 | 009470 |
| 005079 | 005317 | 007122 | 007299 | 008030 | 008124 | 009148 | 009325 | 009471 |
| 005102 | 005319 | 007123 | 007319 | 008035 | 008129 | 009160 | 009332 | 009491 |
| 005106 | 005333 | 007125 | 007323 | 008037 | 009001 | 009162 | 009338 | 009506 |
| 005123 | 005339 | 007131 | 007333 | 008053 | 009017 | 009180 | 009356 | 009507 |
| 005125 | 005361 | 007148 | 007340 | 008054 | 009032 | 009212 | 009365 | 009549 |
| 005126 | 005364 | 007160 | 007344 | 008064 | 009035 | 009218 | 009367 | 009552 |
| 005172 | 007004 | 007168 | 007355 | 008065 | 009037 | 009222 | 009370 | 009553 |
| 005187 | 007022 | 007179 | 007362 | 008074 | 009060 | 009226 | 009376 | 009557 |
| 005190 | 007031 | 007193 | 007365 | 008083 | 009068 | 009229 | 009381 | 009571 |
| 005211 | 007044 | 007218 | 007366 | 008084 | 009073 | 009249 | 009391 | 009586 |
| 005213 | 007056 | 007223 | 007372 | 008087 | 009099 | 009257 | 009394 | 009614 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 009615 | 009789 | 009972 | 010135 | 011105 | 011182 | 011277 | 011464 | 011580 |
| 009627 | 009800 | 009983 | 010145 | 011106 | 011189 | 011306 | 011471 | 011585 |
| 009633 | 009815 | 009986 | 010176 | 011108 | 011205 | 011321 | 011472 | 011586 |
| 009634 | 009817 | 010020 | 010183 | 011116 | 011207 | 011325 | 011477 | 011590 |
| 009646 | 009818 | 010033 | 010191 | 011118 | 011212 | 011329 | 011488 | 011597 |
| 009669 | 009821 | 010034 | 011000 | 011120 | 011215 | 011340 | 011491 | 011602 |
| 009674 | 009829 | 010035 | 011006 | 011121 | 011216 | 011362 | 011493 | 011604 |
| 009685 | 009837 | 010056 | 011009 | 011123 | 011218 | 011363 | 011498 | 011606 |
| 009688 | 009843 | 010069 | 011028 | 011125 | 011231 | 011366 | 011500 | 011610 |
| 009703 | 009847 | 010071 | 011030 | 011132 | 011232 | 011379 | 011505 | 011612 |
| 009705 | 009869 | 010080 | 011060 | 011138 | 011233 | 011381 | 011507 | 011615 |
| 009729 | 009885 | 010091 | 011065 | 011146 | 011242 | 011394 | 011519 | 011629 |
| 009733 | 009886 | 010099 | 011067 | 011150 | 011259 | 011395 | 011525 | 011644 |
| 009735 | 009911 | 010103 | 011069 | 011155 | 011263 | 011404 | 011526 | 011664 |
| 009746 | 009928 | 010111 | 011083 | 011167 | 011264 | 011430 | 011554 | 011666 |
| 009769 | 009938 | 010120 | 011101 | 011172 | 011265 | 011458 | 011559 | 011674 |
| 009783 | 009950 | 010134 | 011103 | 011178 | 011270 | 011461 | 011562 | 011675 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 011681 | 011835 | 011926 | 012002 | 012019 | 012037 | 012054 | 012072 | 013000 |
| 011699 | 011838 | 011933 | 012003 | 012020 | 012038 | 012056 | 012073 | 013003 |
| 011702 | 011841 | 011936 | 012004 | 012022 | 012039 | 012057 | 012074 | 013005 |
| 011709 | 011847 | 011942 | 012005 | 012023 | 012040 | 012058 | 012075 | 013006 |
| 011715 | 011864 | 011947 | 012006 | 012024 | 012041 | 012059 | 012076 | 013012 |
| 011718 | 011868 | 011948 | 012007 | 012025 | 012042 | 012060 | 012079 | 013020 |
| 011724 | 011875 | 011950 | 012008 | 012026 | 012043 | 012061 | 012080 | 013057 |
| 011737 | 011878 | 011957 | 012009 | 012027 | 012044 | 012062 | 012081 | 013059 |
| 011747 | 011889 | 011958 | 012010 | 012028 | 012045 | 012063 | 012082 | 013067 |
| 011766 | 011893 | 011960 | 012011 | 012029 | 012046 | 012064 | 012083 | 013073 |
| 011803 | 011895 | 011966 | 012012 | 012030 | 012047 | 012065 | 012084 | 013076 |
| 011805 | 011898 | 011980 | 012013 | 012031 | 012048 | 012066 | 012085 | 013081 |
| 011807 | 011902 | 011982 | 012014 | 012032 | 012049 | 012067 | 012086 | 013096 |
| 011812 | 011911 | 011984 | 012015 | 012033 | 012050 | 012068 | 012087 | 013118 |
| 011817 | 011919 | 011986 | 012016 | 012034 | 012051 | 012069 | 012088 | 013123 |
| 011818 | 011921 | 011998 | 012017 | 012035 | 012052 | 012070 | 012089 | 013127 |
| 011825 | 011922 | 012001 | 012018 | 012036 | 012053 | 012071 | 012090 | 013132 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 013133 | 017004 | 017021 | 017038 | 019394 | 019570 | 019716 | 019874 | 030055 |
| 013147 | 017005 | 017022 | 017039 | 019395 | 019572 | 019723 | 019880 | 030060 |
| 013150 | 017006 | 017023 | 017040 | 019402 | 019578 | 019726 | 019890 | 030064 |
| 013153 | 017007 | 017024 | 019018 | 019431 | 019585 | 019731 | 019892 | 030067 |
| 013165 | 017008 | 017025 | 019308 | 019435 | 019586 | 019734 | 019926 | 030070 |
| 013170 | 017009 | 017026 | 019309 | 019437 | 019597 | 019739 | 019931 | 030080 |
| 013178 | 017010 | 017027 | 019312 | 019450 | 019601 | 019753 | 019932 | 030091 |
| 013182 | 017011 | 017028 | 019314 | 019451 | 019613 | 019761 | 019934 | 030092 |
| 013192 | 017012 | 017029 | 019323 | 019459 | 019614 | 019772 | 019946 | 030098 |
| 013198 | 017013 | 017030 | 019329 | 019463 | 019645 | 019780 | 019968 | 030140 |
| 013199 | 017014 | 017031 | 019362 | 019478 | 019677 | 019795 | 019974 | 030157 |
| 016558 | 017015 | 017032 | 019370 | 019500 | 019680 | 019805 | 019980 | 030172 |
| 016601 | 017016 | 017033 | 019374 | 019507 | 019695 | 019809 | 030031 | 030179 |
| 016841 | 017017 | 017034 | 019380 | 019514 | 019698 | 019820 | 030041 | 030182 |
| 017001 | 017018 | 017035 | 019383 | 019542 | 019704 | 019822 | 030048 | 030191 |
| 017002 | 017019 | 017036 | 019389 | 019556 | 019711 | 019830 | 030052 | 030195 |
| 017003 | 017020 | 017037 | 019393 | 019559 | 019715 | 019834 | 030053 | 030198 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 030210 | 030493 | 030805 | 031000 | 031206 | 031400 | 032126 | 032356 | 032510 |
| 030221 | 030498 | 030817 | 031014 | 031213 | 031429 | 032155 | 032372 | 032561 |
| 030223 | 030519 | 030836 | 031024 | 031218 | 031435 | 032167 | 032381 | 032565 |
| 030235 | 030601 | 030860 | 031038 | 031237 | 031447 | 032169 | 032386 | 032567 |
| 030251 | 030634 | 030883 | 031067 | 031264 | 031451 | 032192 | 032389 | 032573 |
| 030252 | 030644 | 030885 | 031070 | 031267 | 031491 | 032231 | 032402 | 032576 |
| 030271 | 030647 | 030886 | 031073 | 031273 | 031495 | 032232 | 032425 | 032610 |
| 030315 | 030673 | 030900 | 031075 | 031280 | 032000 | 032236 | 032428 | 032647 |
| 030320 | 030676 | 030906 | 031085 | 031306 | 032015 | 032247 | 032429 | 032656 |
| 030348 | 030692 | 030911 | 031096 | 031308 | 032026 | 032264 | 032432 | 032670 |
| 030355 | 030703 | 030933 | 031113 | 031315 | 032033 | 032266 | 032463 | 032673 |
| 030391 | 030737 | 030945 | 031128 | 031343 | 032038 | 032311 | 032472 | 032692 |
| 030402 | 030740 | 030947 | 031132 | 031347 | 032041 | 032316 | 032476 | 032723 |
| 030425 | 030754 | 030949 | 031139 | 031351 | 032067 | 032323 | 032479 | 032734 |
| 030431 | 030780 | 030973 | 031161 | 031378 | 032076 | 032324 | 032482 | 032739 |
| 030451 | 030790 | 030983 | 031190 | 031387 | 032113 | 032333 | 032483 | 032742 |
| 030469 | 030791 | 030984 | 031195 | 031393 | 032114 | 032354 | 032497 | 032768 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 032771 | 032957 | 033084 | 033322 | 033507 | 033678 | 033971 | 034230 | 034543 |
| 032780 | 032963 | 033108 | 033340 | 033513 | 033693 | 033978 | 034264 | 034558 |
| 032789 | 032973 | 033132 | 033343 | 033514 | 033710 | 034024 | 034270 | 034571 |
| 032790 | 032976 | 033134 | 033347 | 033541 | 033716 | 034027 | 034285 | 034582 |
| 032806 | 032978 | 033135 | 033392 | 033549 | 033745 | 034060 | 034297 | 034608 |
| 032812 | 032985 | 033163 | 033404 | 033565 | 033750 | 034080 | 034305 | 034613 |
| 032820 | 033002 | 033169 | 033421 | 033568 | 033778 | 034088 | 034310 | 034624 |
| 032837 | 033021 | 033176 | 033445 | 033569 | 033785 | 034100 | 034318 | 034642 |
| 032846 | 033023 | 033201 | 033454 | 033591 | 033809 | 034120 | 034336 | 034660 |
| 032847 | 033026 | 033206 | 033456 | 033604 | 033814 | 034123 | 034396 | 034695 |
| 032874 | 033036 | 033210 | 033464 | 033611 | 033832 | 034136 | 034447 | 034701 |
| 032878 | 033049 | 033237 | 033465 | 033613 | 033841 | 034139 | 034489 | 034707 |
| 032892 | 033052 | 033241 | 033470 | 033621 | 033845 | 034164 | 034500 | 034722 |
| 032942 | 033055 | 033256 | 033485 | 033627 | 033902 | 034172 | 034531 | 034767 |
| 032943 | 033062 | 033257 | 033488 | 033645 | 033920 | 034190 | 034533 | 034800 |
| 032948 | 033067 | 033273 | 033496 | 033654 | 033951 | 034202 | 034534 | 034873 |
| 032955 | 033080 | 033319 | 033503 | 033658 | 033962 | 034225 | 034539 | 034882 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 034896 | 035325 | 035653 | 036076 | 036471 | 036754 | 037070 | 037239 | 037675 |
| 034897 | 035362 | 035683 | 036077 | 036515 | 036795 | 037094 | 037260 | 037687 |
| 034935 | 035377 | 035719 | 036143 | 036522 | 036801 | 037096 | 037268 | 037704 |
| 034937 | 035419 | 035801 | 036213 | 036532 | 036829 | 037099 | 037269 | 037733 |
| 034987 | 035434 | 035812 | 036217 | 036540 | 036830 | 037107 | 037297 | 037735 |
| 035009 | 035458 | 035823 | 036254 | 036544 | 036841 | 037120 | 037314 | 037753 |
| 035049 | 035470 | 035837 | 036266 | 036558 | 036845 | 037133 | 037324 | 037771 |
| 035058 | 035472 | 035841 | 036317 | 036561 | 036852 | 037146 | 037337 | 037809 |
| 035081 | 035488 | 035875 | 036351 | 036593 | 036871 | 037170 | 037377 | 037833 |
| 035091 | 035518 | 035885 | 036357 | 036610 | 036874 | 037185 | 037410 | 037834 |
| 035097 | 035526 | 035901 | 036369 | 036636 | 036883 | 037193 | 037417 | 037842 |
| 035181 | 035530 | 035974 | 036372 | 036639 | 036908 | 037202 | 037421 | 037865 |
| 035203 | 035533 | 035994 | 036373 | 036644 | 036979 | 037215 | 037470 | 037879 |
| 035234 | 035562 | 036000 | 036413 | 036673 | 036992 | 037217 | 037503 | 037924 |
| 035258 | 035590 | 036024 | 036419 | 036684 | 037002 | 037228 | 037543 | 037950 |
| 035260 | 035620 | 036058 | 036433 | 036709 | 037008 | 037235 | 037569 | 081893 |
| 035266 | 035652 | 036071 | 036437 | 036720 | 037027 | 037238 | 037603 | 112670 |

16

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 120930 | 138062 | 139850 | 141649 | 144454 | 150048 | 150514 | 166047 | 167339 |
| 120971 | 138089 | 139894 | 143452 | 145484 | 150077 | 150546 | 166055 | 168287 |
| 121884 | 139203 | 139913 | 143455 | 145486 | 150133 | 150556 | 166065 | 168313 |
| 123115 | 139229 | 139932 | 143464 | 145488 | 150175 | 150620 | 166072 | 168351 |
| 123956 | 139246 | 141171 | 143479 | 145510 | 150187 | 150644 | 166084 | 168379 |
| 123985 | 139269 | 141223 | 143505 | 145528 | 150200 | 150765 | 166090 | 168424 |
| 124332 | 139280 | 141234 | 143541 | 147359 | 150207 | 150779 | 166091 | 168463 |
| 128466 | 139294 | 141258 | 143580 | 147368 | 150270 | 150844 | 166115 | 168539 |
| 128782 | 139345 | 141520 | 143584 | 147408 | 150314 | 159328 | 166134 | 168634 |
| 129547 | 139347 | 141527 | 144166 | 147419 | 150356 | 159354 | 166149 | 168645 |
| 129550 | 139359 | 141551 | 144326 | 147420 | 150383 | 159355 | 166172 | 168672 |
| 132370 | 139407 | 141558 | 144337 | 147422 | 150399 | 163589 | 166175 | 168678 |
| 132436 | 139410 | 141592 | 144341 | 147467 | 150411 | 163594 | 166894 | 168713 |
| 132519 | 139796 | 141602 | 144352 | 147495 | 150440 | 163596 | 166940 | 168763 |
| 133009 | 139813 | 141616 | 144361 | 150017 | 150456 | 163600 | 167169 | 168841 |
| 133033 | 139818 | 141629 | 144416 | 150018 | 150458 | 163658 | 167248 | 168881 |
| 138043 | 139847 | 141643 | 144436 | 150041 | 150493 | 166015 | 167257 | 169162 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 169272 | 178354 | 191326 | 191944 | 700609 | 700626 | 700643 | 700660 | 700677 |
| 169300 | 178364 | 191329 | 204180 | 700610 | 700627 | 700644 | 700661 | 700678 |
| 169418 | 178667 | 191336 | 206503 | 700611 | 700628 | 700645 | 700662 | 700679 |
| 169999 | 179010 | 191345 | 206630 | 700612 | 700629 | 700646 | 700663 | 700680 |
| 170047 | 179019 | 191346 | 206713 | 700613 | 700630 | 700647 | 700664 | 700681 |
| 170205 | 179040 | 191351 | 206960 | 700614 | 700631 | 700648 | 700665 | 700682 |
| 170230 | 179048 | 191355 | 207908 | 700615 | 700632 | 700649 | 700666 | 700683 |
| 170244 | 182629 | 191412 | 209257 | 700616 | 700633 | 700650 | 700667 | 700684 |
| 170278 | 191002 | 191477 | 700600 | 700617 | 700634 | 700651 | 700668 | 700685 |
| 170301 | 191014 | 191491 | 700601 | 700618 | 700635 | 700652 | 700669 | 700686 |
| 170310 | 191024 | 191564 | 700602 | 700619 | 700636 | 700653 | 700670 | 700687 |
| 171051 | 191046 | 191574 | 700603 | 700620 | 700637 | 700654 | 700671 | 700688 |
| 171163 | 191050 | 191576 | 700604 | 700621 | 700638 | 700655 | 700672 | 700689 |
| 172003 | 191192 | 191577 | 700605 | 700622 | 700639 | 700656 | 700673 | 700690 |
| 172619 | 191196 | 191578 | 700606 | 700623 | 700640 | 700657 | 700674 | 700691 |
| 176858 | 191319 | 191646 | 700607 | 700624 | 700641 | 700658 | 700675 | 700692 |
| 176881 | 191320 | 191703 | 700608 | 700625 | 700642 | 700659 | 700676 | 700693 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 700694 | 700711 | 700728 | 700745 | 700762 | 700779 | 700796 | 700813 | 700830 |
| 700695 | 700712 | 700729 | 700746 | 700763 | 700780 | 700797 | 700814 | 700831 |
| 700696 | 700713 | 700730 | 700747 | 700764 | 700781 | 700798 | 700815 | 700832 |
| 700697 | 700714 | 700731 | 700748 | 700765 | 700782 | 700799 | 700816 | 700833 |
| 700698 | 700715 | 700732 | 700749 | 700766 | 700783 | 700800 | 700817 | 700834 |
| 700699 | 700716 | 700733 | 700750 | 700767 | 700784 | 700801 | 700818 | 700835 |
| 700700 | 700717 | 700734 | 700751 | 700768 | 700785 | 700802 | 700819 | 700836 |
| 700701 | 700718 | 700735 | 700752 | 700769 | 700786 | 700803 | 700820 | 700837 |
| 700702 | 700719 | 700736 | 700753 | 700770 | 700787 | 700804 | 700821 | 700838 |
| 700703 | 700720 | 700737 | 700754 | 700771 | 700788 | 700805 | 700822 | 700839 |
| 700704 | 700721 | 700738 | 700755 | 700772 | 700789 | 700806 | 700823 | 700840 |
| 700705 | 700722 | 700739 | 700756 | 700773 | 700790 | 700807 | 700824 | 700841 |
| 700706 | 700723 | 700740 | 700757 | 700774 | 700791 | 700808 | 700825 | 700842 |
| 700707 | 700724 | 700741 | 700758 | 700775 | 700792 | 700809 | 700826 | 700843 |
| 700708 | 700725 | 700742 | 700759 | 700776 | 700793 | 700810 | 700827 | 700844 |
| 700709 | 700726 | 700743 | 700760 | 700777 | 700794 | 700811 | 700828 | 700845 |
| 700710 | 700727 | 700744 | 700761 | 700778 | 700795 | 700812 | 700829 | 700846 |

700847        700848        700849        800491        800583        980401        980513

.

Exhibit B – Mason Metals Product
(Identified by Lot Number associated with each Bin)

| | | | | | | |
|---|---|---|---|---|---|---|
| C0460 | C1345 | C1676 | C1730 | C1775 | C1805 | C1835 |
| C0461 | C1358 | C1678 | C1731 | C1776 | C1806 | C1839 |
| C0477 | C1447 | C1679 | C1732 | C1777 | C1809 | C1841 |
| C0512 | C1482 | C1682 | C1733 | C1778 | C1810 | C1851 |
| C0596 | C1483 | C1683 | C1734 | C1779 | C1812 | C1852 |
| C0615 | C1484 | C1684 | C1735 | C1780 | C1813 | C1853 |
| C0623 | C1485 | C1691 | C1736 | C1781 | C1814 | C1854 |
| C0626 | C1486 | C1692 | C1737 | C1782 | C1815 | C1855 |
| C0627 | C1490 | C1696 | C1738 | C1783 | C1816 | C1856 |
| C0628 | C1491 | C1702 | C1739 | C1784 | C1817 | C1857 |
| C0629 | C1492 | C1706 | C1740 | C1785 | C1818 | C1858 |
| C0630 | C1548 | C1711 | C1741 | C1786 | C1819 | C1859 |
| C0631 | C1555 | C1712 | C1742 | C1787 | C1820 | C1860 |
| C0632 | C1563 | C1713 | C1743 | C1788 | C1821 | C1861 |
| C0633 | C1568 | C1715 | C1744 | C1789 | C1822 | C1862 |
| C0719 | C1569 | C1716 | C1745 | C1790 | C1823 | C1863 |
| C0806 | C1573 | C1717 | C1746 | C1791 | C1824 | C1864 |
| C0914 | C1578 | C1720 | C1748 | C1792 | C1825 | C1865 |
| C0985 | C1579 | C1721 | C1759 | C1793 | C1826 | C1866 |
| C0986 | C1580 | C1722 | C1767 | C1797 | C1827 | C1867 |
| C1267 | C1581 | C1723 | C1768 | C1798 | C1828 | C1868 |
| C1317 | C1597 | C1724 | C1769 | C1799 | C1829 | C1869 |
| C1321 | C1598 | C1725 | C1770 | C1800 | C1830 | C1870 |
| C1334 | C1641 | C1726 | C1771 | C1801 | C1831 | C1871 |
| C1335 | C1655 | C1727 | C1772 | C1802 | C1832 | C1872 |
| C1336 | C1665 | C1728 | C1773 | C1803 | C1833 | C1873 |
| C1337 | C1666 | C1729 | C1774 | C1804 | C1834 | C1874 |

21

Exhibit B – Mason Metals Product
(Identified by Lot Number associated with each Bin)

| | | | | | | |
|---|---|---|---|---|---|---|
| C1875 | C1902 | C1929 | C1956 | C1983 | C2015 | C2042 |
| C1876 | C1903 | C1930 | C1957 | C1984 | C2016 | C2043 |
| C1877 | C1904 | C1931 | C1958 | C1985 | C2017 | C2044 |
| C1878 | C1905 | C1932 | C1959 | C1986 | C2018 | C2045 |
| C1879 | C1906 | C1933 | C1960 | C1987 | C2019 | C2046 |
| C1880 | C1907 | C1934 | C1961 | C1988 | C2020 | C2047 |
| C1881 | C1908 | C1935 | C1962 | C1989 | C2021 | C2048 |
| C1882 | C1909 | C1936 | C1963 | C1990 | C2022 | C2049 |
| C1883 | C1910 | C1937 | C1964 | C1991 | C2023 | C2050 |
| C1884 | C1911 | C1938 | C1965 | C1992 | C2024 | C2051 |
| C1885 | C1912 | C1939 | C1966 | C1993 | C2025 | C2052 |
| C1886 | C1913 | C1940 | C1967 | C1994 | C2026 | C2053 |
| C1887 | C1914 | C1941 | C1968 | C1995 | C2027 | C2054 |
| C1888 | C1915 | C1942 | C1969 | C1997 | C2028 | C2055 |
| C1889 | C1916 | C1943 | C1970 | C2002 | C2029 | C2056 |
| C1890 | C1917 | C1944 | C1971 | C2003 | C2030 | C2057 |
| C1891 | C1918 | C1945 | C1972 | C2004 | C2031 | C2058 |
| C1892 | C1919 | C1946 | C1973 | C2005 | C2032 | C2059 |
| C1893 | C1920 | C1947 | C1974 | C2006 | C2033 | C2060 |
| C1894 | C1921 | C1948 | C1975 | C2007 | C2034 | C2061 |
| C1895 | C1922 | C1949 | C1976 | C2008 | C2035 | C2062 |
| C1896 | C1923 | C1950 | C1977 | C2009 | C2036 | C2063 |
| C1897 | C1924 | C1951 | C1978 | C2010 | C2037 | C2064 |
| C1898 | C1925 | C1952 | C1979 | C2011 | C2038 | C2065 |
| C1899 | C1926 | C1953 | C1980 | C2012 | C2039 | C2066 |
| C1900 | C1927 | C1954 | C1981 | C2013 | C2040 | C2067 |
| C1901 | C1928 | C1955 | C1982 | C2014 | C2041 | C2068 |

Exhibit B – Mason Metals Product
(Identified by Lot Number associated with each Bin)

| | | | | | | |
|---|---|---|---|---|---|---|
| C2069 | C2096 | C2127 | C2156 | C2183 | C2210 | C2242 |
| C2070 | C2097 | C2128 | C2157 | C2184 | C2211 | C2243 |
| C2071 | C2098 | C2129 | C2158 | C2185 | C2212 | C2244 |
| C2072 | C2099 | C2131 | C2159 | C2186 | C2213 | C2245 |
| C2073 | C2100 | C2133 | C2160 | C2187 | C2214 | C2246 |
| C2074 | C2101 | C2134 | C2161 | C2188 | C2215 | C2247 |
| C2075 | C2102 | C2135 | C2162 | C2189 | C2216 | C2248 |
| C2076 | C2103 | C2136 | C2163 | C2190 | C2217 | C2249 |
| C2077 | C2104 | C2137 | C2164 | C2191 | C2218 | C2250 |
| C2078 | C2105 | C2138 | C2165 | C2192 | C2220 | C2251 |
| C2079 | C2106 | C2139 | C2166 | C2193 | C2221 | C2254 |
| C2080 | C2107 | C2140 | C2167 | C2194 | C2222 | C2255 |
| C2081 | C2108 | C2141 | C2168 | C2195 | C2226 | C2256 |
| C2082 | C2109 | C2142 | C2169 | C2196 | C2227 | C2257 |
| C2083 | C2110 | C2143 | C2170 | C2197 | C2228 | C2258 |
| C2084 | C2111 | C2144 | C2171 | C2198 | C2229 | C2259 |
| C2085 | C2112 | C2145 | C2172 | C2199 | C2230 | C2260 |
| C2086 | C2113 | C2146 | C2173 | C2200 | C2231 | C2261 |
| C2087 | C2114 | C2147 | C2174 | C2201 | C2232 | C2262 |
| C2088 | C2115 | C2148 | C2175 | C2202 | C2234 | C2263 |
| C2089 | C2116 | C2149 | C2176 | C2203 | C2235 | C2264 |
| C2090 | C2117 | C2150 | C2177 | C2204 | C2236 | C2265 |
| C2091 | C2118 | C2151 | C2178 | C2205 | C2237 | C2266 |
| C2092 | C2119 | C2152 | C2179 | C2206 | C2238 | C2269 |
| C2093 | C2120 | C2153 | C2180 | C2207 | C2239 | C2272 |
| C2094 | C2121 | C2154 | C2181 | C2208 | C2240 | C2273 |
| C2095 | C2122 | C2155 | C2182 | C2209 | C2241 | C2274 |

Exhibit B – Mason Metals Product
(Identified by Lot Number associated with each Bin)

| | | | | | | |
|---|---|---|---|---|---|---|
| C2279 | C2313 | C2340 | C2514 | C2544 | C2578 | C2638 |
| C2280 | C2314 | C2341 | C2515 | C2545 | C2579 | C2639 |
| C2281 | C2315 | C2346 | C2516 | C2546 | C2580 | C2640 |
| C2282 | C2316 | C2351 | C2517 | C2547 | C2581 | C2641 |
| C2283 | C2317 | C2352 | C2518 | C2552 | C2582 | C2642 |
| C2284 | C2318 | C2354 | C2519 | C2554 | C2583 | C2643 |
| C2285 | C2319 | C2483 | C2520 | C2555 | C2584 | C2644 |
| C2286 | C2320 | C2484 | C2521 | C2556 | C2585 | C2645 |
| C2287 | C2321 | C2485 | C2522 | C2557 | C2586 | C2646 |
| C2288 | C2322 | C2486 | C2523 | C2558 | C2587 | C2647 |
| C2289 | C2323 | C2487 | C2524 | C2559 | C2588 | C2648 |
| C2290 | C2324 | C2490 | C2525 | C2560 | C2589 | C2649 |
| C2291 | C2325 | C2499 | C2526 | C2561 | C2590 | C2650 |
| C2292 | C2326 | C2500 | C2527 | C2562 | C2591 | C2651 |
| C2293 | C2327 | C2501 | C2528 | C2563 | C2592 | C2652 |
| C2294 | C2328 | C2502 | C2529 | C2564 | C2623 | C2653 |
| C2295 | C2329 | C2503 | C2530 | C2565 | C2624 | C2654 |
| C2296 | C2330 | C2504 | C2534 | C2566 | C2625 | C2655 |
| C2297 | C2331 | C2505 | C2535 | C2567 | C2626 | C2656 |
| C2298 | C2332 | C2506 | C2536 | C2568 | C2627 | C2657 |
| C2302 | C2333 | C2507 | C2537 | C2569 | C2628 | C2658 |
| C2303 | C2334 | C2508 | C2538 | C2570 | C2629 | C2660 |
| C2304 | C2335 | C2509 | C2539 | C2571 | C2630 | C2661 |
| C2309 | C2336 | C2510 | C2540 | C2572 | C2631 | C2662 |
| C2310 | C2337 | C2511 | C2541 | C2573 | C2632 | C2663 |
| C2311 | C2338 | C2512 | C2542 | C2574 | C2636 | C2664 |
| C2312 | C2339 | C2513 | C2543 | C2575 | C2637 | C2665 |

24

Exhibit B – Mason Metals Product
(Identified by Lot Number associated with each Bin)

| | | | | | | |
|---|---|---|---|---|---|---|
| C2666 | C2705 | C2736 | C2769 | C2808 | C2849 | C2888 |
| C2672 | C2707 | C2737 | C2770 | C2809 | C2850 | C2889 |
| C2673 | C2708 | C2743 | C2778 | C2810 | C2851 | C2890 |
| C2674 | C2709 | C2744 | C2779 | C2811 | C2852 | C2891 |
| C2675 | C2710 | C2745 | C2784 | C2813 | C2857 | C2894 |
| C2676 | C2714 | C2746 | C2785 | C2814 | C2858 | C2895 |
| C2677 | C2715 | C2747 | C2786 | C2815 | C2859 | C2897 |
| C2678 | C2716 | C2748 | C2787 | C2816 | C2860 | C2898 |
| C2679 | C2717 | C2749 | C2788 | C2817 | C2861 | C2900 |
| C2680 | C2718 | C2750 | C2789 | C2826 | C2862 | C2901 |
| C2681 | C2719 | C2751 | C2790 | C2827 | C2863 | C2902 |
| C2682 | C2720 | C2752 | C2791 | C2828 | C2872 | C2903 |
| C2683 | C2721 | C2753 | C2792 | C2829 | C2873 | C2904 |
| C2684 | C2722 | C2754 | C2793 | C2830 | C2874 | C2905 |
| C2685 | C2723 | C2755 | C2794 | C2831 | C2875 | C2906 |
| C2686 | C2724 | C2756 | C2795 | C2832 | C2876 | C2907 |
| C2687 | C2725 | C2757 | C2796 | C2833 | C2877 | C2908 |
| C2688 | C2726 | C2758 | C2797 | C2834 | C2878 | C2909 |
| C2689 | C2727 | C2759 | C2798 | C2835 | C2879 | C2910 |
| C2690 | C2728 | C2760 | C2799 | C2841 | C2880 | C2916 |
| C2691 | C2729 | C2761 | C2801 | C2842 | C2881 | C2917 |
| C2692 | C2730 | C2763 | C2802 | C2843 | C2882 | C2918 |
| C2693 | C2731 | C2764 | C2803 | C2844 | C2883 | C2919 |
| C2696 | C2732 | C2765 | C2804 | C2845 | C2884 | C2920 |
| C2697 | C2733 | C2766 | C2805 | C2846 | C2885 | C2926 |
| C2698 | C2734 | C2767 | C2806 | C2847 | C2886 | C2927 |
| C2704 | C2735 | C2768 | C2807 | C2848 | C2887 | C2928 |

### Exhibit B – Mason Metals Product
### (Identified by Lot Number associated with each Bin)

| | | | | | | |
|---|---|---|---|---|---|---|
| C2929 | C2981 | C3010 | C3037 | C3107 | C3134 | C3161 |
| C2930 | C2982 | C3011 | C3038 | C3108 | C3135 | C3162 |
| C2931 | C2983 | C3012 | C3039 | C3109 | C3136 | C3163 |
| C2932 | C2984 | C3013 | C3040 | C3110 | C3137 | C3164 |
| C2933 | C2985 | C3014 | C3042 | C3111 | C3138 | C3165 |
| C2934 | C2986 | C3015 | C3043 | C3112 | C3139 | C3166 |
| C2936 | C2987 | C3016 | C3044 | C3113 | C3140 | C3167 |
| C2938 | C2988 | C3017 | C3045 | C3114 | C3141 | C3168 |
| C2939 | C2989 | C3018 | C3046 | C3115 | C3142 | C3169 |
| C2940 | C2990 | C3019 | C3074 | C3116 | C3143 | C3170 |
| C2944 | C2991 | C3020 | C3075 | C3117 | C3144 | C3171 |
| C2945 | C2992 | C3021 | C3076 | C3118 | C3145 | C3172 |
| C2946 | C2993 | C3022 | C3077 | C3119 | C3146 | C3173 |
| C2947 | C2994 | C3023 | C3078 | C3120 | C3147 | C3174 |
| C2948 | C2995 | C3024 | C3079 | C3121 | C3148 | C3175 |
| C2949 | C2996 | C3025 | C3080 | C3122 | C3149 | C3176 |
| C2950 | C2997 | C3026 | C3081 | C3123 | C3150 | C3177 |
| C2951 | C3000 | C3027 | C3092 | C3124 | C3151 | C3178 |
| C2952 | C3001 | C3028 | C3093 | C3125 | C3152 | C3179 |
| C2968 | C3002 | C3029 | C3095 | C3126 | C3153 | C3180 |
| C2969 | C3003 | C3030 | C3098 | C3127 | C3154 | C3181 |
| C2972 | C3004 | C3031 | C3099 | C3128 | C3155 | C3182 |
| C2973 | C3005 | C3032 | C3100 | C3129 | C3156 | C3184 |
| C2974 | C3006 | C3033 | C3101 | C3130 | C3157 | C3185 |
| C2975 | C3007 | C3034 | C3102 | C3131 | C3158 | C3187 |
| C2979 | C3008 | C3035 | C3103 | C3132 | C3159 | C3188 |
| C2980 | C3009 | C3036 | C3104 | C3133 | C3160 | C3189 |

Exhibit B – Mason Metals Product
(Identified by Lot Number associated with each Bin)

| | | | | | | |
|---|---|---|---|---|---|---|
| C3242 | C3281 | C3313 | C3341 | C3368 | C3411 | C3451 |
| C3243 | C3282 | C3314 | C3342 | C3369 | C3412 | C3452 |
| C3244 | C3283 | C3315 | C3343 | C3370 | C3413 | C3453 |
| C3245 | C3289 | C3316 | C3344 | C3371 | C3414 | C3454 |
| C3246 | C3290 | C3317 | C3345 | C3372 | C3415 | C3455 |
| C3247 | C3291 | C3319 | C3346 | C3373 | C3416 | C3456 |
| C3248 | C3292 | C3320 | C3347 | C3376 | C3417 | C3457 |
| C3249 | C3293 | C3321 | C3348 | C3377 | C3418 | C3458 |
| C3250 | C3294 | C3322 | C3349 | C3378 | C3419 | C3459 |
| C3251 | C3295 | C3323 | C3350 | C3379 | C3431 | C3460 |
| C3252 | C3296 | C3324 | C3351 | C3380 | C3433 | C3461 |
| C3253 | C3297 | C3325 | C3352 | C3381 | C3434 | C3462 |
| C3254 | C3298 | C3326 | C3353 | C3382 | C3435 | C3463 |
| C3255 | C3299 | C3327 | C3354 | C3383 | C3436 | C3464 |
| C3256 | C3300 | C3328 | C3355 | C3384 | C3437 | C3465 |
| C3263 | C3301 | C3329 | C3356 | C3385 | C3438 | C3466 |
| C3270 | C3302 | C3330 | C3357 | C3386 | C3439 | C3467 |
| C3271 | C3303 | C3331 | C3358 | C3387 | C3440 | C3468 |
| C3272 | C3304 | C3332 | C3359 | C3388 | C3441 | C3469 |
| C3273 | C3305 | C3333 | C3360 | C3389 | C3442 | C3470 |
| C3274 | C3306 | C3334 | C3361 | C3390 | C3443 | C3471 |
| C3275 | C3307 | C3335 | C3362 | C3391 | C3444 | C3472 |
| C3276 | C3308 | C3336 | C3363 | C3392 | C3445 | C3473 |
| C3277 | C3309 | C3337 | C3364 | C3400 | C3446 | C3474 |
| C3278 | C3310 | C3338 | C3365 | C3408 | C3447 | C3475 |
| C3279 | C3311 | C3339 | C3366 | C3409 | C3448 | C3476 |
| C3280 | C3312 | C3340 | C3367 | C3410 | C3449 | C3477 |

### Exhibit B – Mason Metals Product
#### (Identified by Lot Number associated with each Bin)

| | | | | | | |
|---|---|---|---|---|---|---|
| C3478 | C3511 | C3540 | C3567 | C3594 | C3624 | C3651 |
| C3479 | C3512 | C3541 | C3568 | C3595 | C3625 | C3652 |
| C3480 | C3513 | C3542 | C3569 | C3596 | C3626 | C3653 |
| C3481 | C3514 | C3543 | C3570 | C3597 | C3627 | C3654 |
| C3482 | C3515 | C3544 | C3571 | C3598 | C3628 | C3656 |
| C3483 | C3516 | C3545 | C3572 | C3599 | C3629 | C3657 |
| C3484 | C3517 | C3546 | C3573 | C3600 | C3630 | C3658 |
| C3485 | C3518 | C3547 | C3574 | C3602 | C3631 | C3659 |
| C3486 | C3519 | C3548 | C3575 | C3603 | C3632 | C3660 |
| C3487 | C3520 | C3549 | C3576 | C3604 | C3633 | C3661 |
| C3494 | C3521 | C3550 | C3577 | C3605 | C3634 | C3662 |
| C3495 | C3524 | C3551 | C3578 | C3606 | C3635 | C3663 |
| C3496 | C3525 | C3552 | C3579 | C3607 | C3636 | C3664 |
| C3497 | C3526 | C3553 | C3580 | C3608 | C3637 | C3665 |
| C3498 | C3527 | C3554 | C3581 | C3609 | C3638 | C3666 |
| C3499 | C3528 | C3555 | C3582 | C3610 | C3639 | C3667 |
| C3500 | C3529 | C3556 | C3583 | C3611 | C3640 | C3668 |
| C3501 | C3530 | C3557 | C3584 | C3612 | C3641 | C3669 |
| C3502 | C3531 | C3558 | C3585 | C3613 | C3642 | C3670 |
| C3503 | C3532 | C3559 | C3586 | C3614 | C3643 | C3671 |
| C3504 | C3533 | C3560 | C3587 | C3615 | C3644 | C3672 |
| C3505 | C3534 | C3561 | C3588 | C3618 | C3645 | C3673 |
| C3506 | C3535 | C3562 | C3589 | C3619 | C3646 | C3674 |
| C3507 | C3536 | C3563 | C3590 | C3620 | C3647 | C3675 |
| C3508 | C3537 | C3564 | C3591 | C3621 | C3648 | C3676 |
| C3509 | C3538 | C3565 | C3592 | C3622 | C3649 | C3677 |
| C3510 | C3539 | C3566 | C3593 | C3623 | C3650 | C3678 |

### Exhibit B – Mason Metals Product
(Identified by Lot Number associated with each Bin)

| | | | | | | |
|---|---|---|---|---|---|---|
| C3679 | C3718 | C3750 | C3777 | C0021 | C0048 | C0082 |
| C3680 | C3719 | C3751 | C3781 | C0022 | C0049 | C0083 |
| C3681 | C3721 | C3752 | C3782 | C0023 | C0050 | C0084 |
| C3682 | C3722 | C3753 | C3783 | C0024 | C0051 | C0085 |
| C3683 | C3723 | C3754 | C3784 | C0025 | C0052 | C0086 |
| C3684 | C3724 | C3755 | C3788 | C0026 | C0053 | C0087 |
| C3685 | C3725 | C3756 | C3789 | C0027 | C0054 | C0088 |
| C3686 | C3726 | C3757 | C3790 | C0028 | C0055 | C0089 |
| C3687 | C3727 | C3758 | C3791 | C0029 | C0057 | C0090 |
| C3688 | C3728 | C3759 | C0001 | C0030 | C0058 | C0091 |
| C3689 | C3729 | C3760 | C0002 | C0031 | C0059 | C0092 |
| C3690 | C3730 | C3761 | C0003 | C0032 | C0060 | C0093 |
| C3691 | C3731 | C3762 | C0004 | C0033 | C0061 | C0094 |
| C3692 | C3732 | C3763 | C0005 | C0034 | C0062 | C0095 |
| C3693 | C3733 | C3764 | C0008 | C0035 | C0063 | C0096 |
| C3694 | C3738 | C3765 | C0009 | C0036 | C0064 | C0097 |
| C3695 | C3739 | C3766 | C0010 | C0037 | C0065 | C0098 |
| C3696 | C3740 | C3767 | C0011 | C0038 | C0066 | C0099 |
| C3697 | C3741 | C3768 | C0012 | C0039 | C0067 | C0100 |
| C3698 | C3742 | C3769 | C0013 | C0040 | C0068 | C0101 |
| C3702 | C3743 | C3770 | C0014 | C0041 | C0069 | C0104 |
| C3703 | C3744 | C3771 | C0015 | C0042 | C0071 | C0107 |
| C3709 | C3745 | C3772 | C0016 | C0043 | C0075 | C0108 |
| C3712 | C3746 | C3773 | C0017 | C0044 | C0077 | C0109 |
| C3713 | C3747 | C3774 | C0018 | C0045 | C0078 | C0110 |
| C3714 | C3748 | C3775 | C0019 | C0046 | C0080 | C0111 |
| C3715 | C3749 | C3776 | C0020 | C0047 | C0081 | C0112 |

Exhibit B – Mason Metals Product
(Identified by Lot Number associated with each Bin)

| | | | | | | |
|---|---|---|---|---|---|---|
| C0113 | C0143 | C3799 | C3884 | C4120 | C4384 | C4417 |
| C0114 | C0144 | C3800 | C3885 | C4121 | C4387 | C4418 |
| C0115 | C0145 | C3801 | C3886 | C4122 | C4391 | C4419 |
| C0116 | C0146 | C3802 | C3887 | C4123 | C4393 | C4420 |
| C0117 | C0147 | C3803 | C3888 | C4124 | C4394 | C4421 |
| C0118 | C0148 | C3804 | C3889 | C4125 | C4395 | C4422 |
| C0119 | C0149 | C3805 | C3890 | C4126 | C4396 | C4423 |
| C0120 | C0150 | C3806 | C3891 | C4134 | C4397 | C4424 |
| C0124 | C0184 | C3807 | C3892 | C4135 | C4398 | C4432 |
| C0125 | C0185 | C3808 | C3893 | C4136 | C4399 | C4434 |
| C0126 | C0186 | C3809 | C3894 | C4137 | C4400 | C4435 |
| C0127 | C0187 | C3823 | C3895 | C4138 | C4401 | C4436 |
| C0128 | C0293 | C3863 | C3896 | C4139 | C4402 | C4437 |
| C0129 | C0294 | C3868 | C3897 | C4140 | C4403 | C4438 |
| C0130 | C0297 | C3869 | C3898 | C4141 | C4404 | C4439 |
| C0131 | C0387 | C3870 | C3899 | C4142 | C4405 | C4440 |
| C0132 | C0388 | C3871 | C3900 | C4144 | C4406 | C4442 |
| C0133 | C0389 | C3872 | C3901 | C4145 | C4407 | C4443 |
| C0134 | C0390 | C3873 | C3902 | C4284 | C4408 | C4444 |
| C0135 | C0443 | C3874 | C3903 | C4357 | C4409 | C4445 |
| C0136 | C3792 | C3875 | C3904 | C4372 | C4410 | C4446 |
| C0137 | C3793 | C3876 | C3905 | C4375 | C4411 | C4447 |
| C0138 | C3794 | C3877 | C3906 | C4376 | C4412 | C4448 |
| C0139 | C3795 | C3878 | C3907 | C4377 | C4413 | C4449 |
| C0140 | C3796 | C3879 | C3908 | C4378 | C4414 | C4450 |
| C0141 | C3797 | C3880 | C3909 | C4381 | C4415 | C4451 |
| C0142 | C3798 | C3883 | C4119 | C4382 | C4416 | C4452 |

### Exhibit B – Mason Metals Product
(Identified by Lot Number associated with each Bin)

| | | | | | | |
|---|---|---|---|---|---|---|
| C4453 | C4491 | C5036 | C5581 | C5609 | C5651 | C6190 |
| C4454 | C4492 | C5062 | C5582 | C5610 | C5652 | C6191 |
| C4455 | C4498 | C5066 | C5583 | C5611 | C5655 | C6192 |
| C4456 | C4505 | C5069 | C5584 | C5612 | C5656 | C6193 |
| C4457 | C4509 | C5071 | C5585 | C5628 | C5657 | CR4370 |
| C4463 | C4537 | C5073 | C5586 | C5629 | C5658 | CR4774 |
| C4464 | C4773 | C5084 | C5587 | C5630 | C5659 | CR4775 |
| C4465 | C4865 | C5085 | C5588 | C5631 | C5660 | CR4784 |
| C4466 | C4866 | C5095 | C5589 | C5632 | C5661 | CR4785 |
| C4467 | C4869 | C5097 | C5590 | C5633 | C5662 | CR4796 |
| C4470 | C4880 | C5098 | C5591 | C5634 | C5663 | CR4798 |
| C4471 | C4881 | C5119 | C5592 | C5635 | C5664 | CR4801 |
| C4472 | C4885 | C5121 | C5593 | C5636 | C5665 | CR4806 |
| C4474 | C4889 | C5125 | C5595 | C5637 | C5709 | CR4811 |
| C4475 | C4910 | C5126 | C5596 | C5638 | C6048 | CR4812 |
| C4476 | C4916 | C5556 | C5597 | C5639 | C6153 | CR4813 |
| C4477 | C4918 | C5557 | C5598 | C5640 | C6154 | CR4814 |
| C4478 | C4923 | C5558 | C5599 | C5641 | C6156 | CR4815 |
| C4479 | C4937 | C5571 | C5600 | C5642 | C6157 | CR4816 |
| C4480 | C4942 | C5572 | C5601 | C5643 | C6158 | CR4817 |
| C4481 | C4943 | C5574 | C5602 | C5644 | C6160 | CR4818 |
| C4483 | C4944 | C5575 | C5603 | C5645 | C6179 | CR4823 |
| C4486 | C4946 | C5576 | C5604 | C5646 | C6180 | CR4824 |
| C4487 | C4953 | C5577 | C5605 | C5647 | C6181 | CR4825 |
| C4488 | C4974 | C5578 | C5606 | C5648 | C6187 | CR4826 |
| C4489 | C4975 | C5579 | C5607 | C5649 | C6188 | CR4827 |
| C4490 | C4976 | C5580 | C5608 | C5650 | C6189 | CR4828 |

Exhibit B – Mason Metals Product
(Identified by Lot Number associated with each Bin)

| | | | | | | |
|---|---|---|---|---|---|---|
| CR4831 | CR5127 | CR5996 | CR6027 | CR6122 | CR6202 | C2367 |
| CR4832 | CR5129 | CR5997 | CR6030 | CR6127 | CR6203 | C2368 |
| CR4833 | CR5131 | CR5998 | CR6031 | CR6128 | C0557 | C2369 |
| CR4835 | CR5151 | CR5999 | CR6032 | CR6134 | C1525 | C2370 |
| CR4836 | CR5154 | CR6000 | CR6033 | CR6135 | C1526 | C2371 |
| CR4838 | CR5155 | CR6001 | CR6034 | CR6136 | C1527 | C2372 |
| CR4840 | CR5156 | CR6002 | CR6035 | CR6137 | C1528 | C2376 |
| CR4841 | CR5960 | CR6003 | CR6036 | CR6138 | C1529 | C2381 |
| CR4842 | CR5961 | CR6004 | CR6037 | CR6139 | C1530 | C2382 |
| CR4844 | CR5963 | CR6005 | CR6039 | CR6140 | C2345 | C2383 |
| CR4845 | CR5964 | CR6006 | CR6040 | CR6147 | C2347 | C2384 |
| CR4846 | CR5965 | CR6007 | CR6041 | CR6155 | C2348 | C2385 |
| CR4847 | CR5966 | CR6008 | CR6043 | CR6159 | C2349 | C2390 |
| CR4848 | CR5967 | CR6009 | CR6047 | CR6169 | C2350 | C2391 |
| CR4849 | CR5968 | CR6010 | CR6052 | CR6170 | C2353 | C2392 |
| CR4850 | CR5969 | CR6011 | CR6053 | CR6171 | C2355 | C2393 |
| CR4851 | CR5970 | CR6012 | CR6054 | CR6178 | C2356 | C2403 |
| CR4852 | CR5971 | CR6013 | CR6064 | CR6182 | C2357 | C2407 |
| CR4853 | CR5972 | CR6014 | CR6065 | CR6183 | C2358 | C2408 |
| CR4854 | CR5981 | CR6015 | CR6066 | CR6184 | C2359 | C2418 |
| CR4855 | CR5982 | CR6016 | CR6067 | CR6185 | C2360 | C2419 |
| CR4856 | CR5983 | CR6017 | CR6068 | CR6186 | C2361 | C2420 |
| CR4991 | CR5984 | CR6018 | CR6069 | CR6194 | C2362 | C2458 |
| CR4992 | CR5985 | CR6019 | CR6070 | CR6195 | C2363 | C2474 |
| CR4993 | CR5986 | CR6020 | CR6071 | CR6197 | C2364 | C2475 |
| CR4995 | CR5987 | CR6021 | CR6072 | CR6200 | C2365 | C2476 |
| CR4996 | CR5988 | CR6022 | CR6074 | CR6201 | C2366 | C2477 |

## Exhibit B – Mason Metals Product
### (Identified by Lot Number associated with each Bin)

| | | | | | | |
|---|---|---|---|---|---|---|
| C2478 | C2614 | C3082 | C3233 | CR6218 | CR6254 | CR6323 |
| C2479 | C2615 | C3083 | C3234 | CR6219 | CR6255 | CR6326 |
| C2480 | C2616 | C3084 | C3235 | CR6220 | CR6262 | CR6330 |
| C2481 | C2617 | C3087 | C3236 | CR6221 | CR6263 | CR6332 |
| C2482 | C2618 | C3091 | C3237 | CR6222 | CR6264 | CR6334 |
| C2531 | C2619 | C3201 | C3238 | CR6223 | CR6271 | CR6335 |
| C2532 | C2620 | C3202 | C3239 | CR6224 | CR6275 | CR6337 |
| C2533 | C2621 | C3204 | C3240 | CR6226 | CR6276 | CR6338 |
| C2576 | C2622 | C3206 | C3241 | CR6227 | CR6281 | CR6339 |
| C2577 | C2667 | C3207 | C3257 | CR6228 | CR6285 | CR6340 |
| C2593 | C3052 | C3208 | C3258 | CR6229 | CR6293 | CR6341 |
| C2594 | C3053 | C3209 | C3259 | CR6230 | CR6294 | CR6342 |
| C2595 | C3054 | C3211 | C3260 | CR6231 | CR6295 | CR6343 |
| C2596 | C3055 | C3212 | C3286 | CR6232 | CR6296 | CR6373 |
| C2597 | C3056 | C3213 | C3522 | CR6233 | CR6297 | CR6379 |
| C2598 | C3059 | C3216 | C3523 | CR6234 | CR6298 | CR6380 |
| C2599 | C3063 | C3217 | C4174 | CR6235 | CR6299 | CR6386 |
| C2600 | C3064 | C3218 | CR5308 | CR6236 | CR6300 | CR6391 |
| C2602 | C3065 | C3219 | CR5315 | CR6237 | CR6301 | CR6392 |
| C2603 | C3066 | C3221 | CR5316 | CR6238 | CR6302 | CR6395 |
| C2604 | C3067 | C3223 | CR6204 | CR6239 | CR6303 | CR6399 |
| C2608 | C3068 | C3224 | CR6205 | CR6244 | CR6304 | CR6448 |
| C2609 | C3069 | C3225 | CR6211 | CR6249 | CR6305 | CR6449 |
| C2610 | C3070 | C3226 | CR6212 | CR6250 | CR6306 | CR6450 |
| C2611 | C3071 | C3227 | CR6213 | CR6251 | CR6318 | CR6456 |
| C2612 | C3072 | C3228 | CR6214 | CR6252 | CR6321 | CR6465 |
| C2613 | C3073 | C3231 | CR6217 | CR6253 | CR6322 | CR6466 |

Exhibit B – Mason Metals Product
(Identified by Lot Number associated with each Bin)

| |
|---|
| CR6467 |
| CR6468 |
| CR6469 |
| CR6470 |
| CR6471 |
| CR6472 |
| CR6473 |
| CR6474 |
| CR6476 |
| CR6477 |
| CR6478 |
| CR6480 |
| CR6495 |
| CR6506 |