

# Creditor Matrix

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|---|---|---|---|---|
| 902 Gulf, LLC | | 5309 Interstate 45 S. | | LaMarque, TX 77568 |
| A & B Labs | Attn: Officer/Director or Legal Dept | 10100 East Freeway | Suite 100 | Houston, TX 77029 |
| A&L Sandblasting & Painting, Inc. | d/b/a A&L Industrial Services | 2910 E P Street | | Deer Park, TX 77536 |
| Aaron Mills | | Address Redacted | | |
| Aaron Slaughter | | Address Redacted | | |
| ABB Inc | | PO Box 88868 | | Chicago, IL 60695 |
| ABC of Texas Gulf Coast | | 1002 ABC Ave | | Freeport, TX 77541 |
| Abel Oliva Jr | | Address Redacted | | |
| Abet Distributing USA, Inc | Attn: Officer/Director or Legal Dept | 6006 Hawkes Bay Ct | | Katy, TX 77494 |
| Absorbent Solutions | | 7100 St Gabriel Ave | | St Gabriel, LA 70776 |
| Adonis Pierce-Juneau | | Address Redacted | | |
| ADP Screening & Selection | | 2950 East Harmony Rd | Ste 130 | Fort Collins, CO 80528 |
| Adrian Acosta | | Address Redacted | | |
| Adrian Hernandez | | Address Redacted | | |
| Advanced Overhead Crane Services, Inc. | | 22531 FM 2100 | | Crosby, TX 77532 |
| Agilent Technologies, Inc. | | 5301 Stevens Creek Blvd | | Santa Clara, CA 95051 |
| Air Gas USA LLC | | PO Box 734671 | | Dallas, TX 75373 |
| Airlanco Inc | | 312 South Hwy 73 | | Falls City, NE 68355 |
| Alan Dailey | | Address Redacted | | |
| Aleon Metals LLC Profit Sharing Plan | Attn: Eric Ford | PO Box 2290 | 302 Midway Road | Freeport, TX 77542-2290 |
| Aleon Metals, LLC | c/o Morrison Foerster | Attn: Joseph Murphy | 250 West 55th Street | New York, NY 10019 |
| Aleon Metals, LLC | | P.O. Box 2290, 302 Midway Road | | Freeport, TX 77542 |
| Alfred H Knight North America | | 130 Tradd Street | | Spartanburg, SC 29301 |
| Alfred Martin | | Address Redacted | | |
| Alfred Salazar | | Address Redacted | | |
| Allegiant Industrial LLC | | 1115 Old Hwy 69 | | Kountze, TX 77625 |
| Allen & Overy LLP | | 800 Capital Street | Suite 200 | Houston, TX 77002 |
| Allen Breor | | Address Redacted | | |
| Alliance Bernstein | | 501 Commerce Street | | Nashville, TN 37203 |
| Alliant Insurance Services Houston | | 701 B Street, 6th Floor | | San Diego, CA 92101 |
| Allometrics Inc | | 2500 Bayport Blvd | | Seabrook, TX 77586 |
| Amando Gutierrez | | Address Redacted | | |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 1 of 23

 **STRETTO**

# Creditor Matrix

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|---|---|---|---|---|
| Amando Gutierrez | | Address Redacted | | |
| Amazon Capital Services, Inc. | | 410 Terry Ave. N. | | Seattle, WA 98109 |
| American Arbitration Association | | 13727 Noel Road | Suite 700 | Dallas, TX 75240 |
| Amherst Specialty Insurance | Attn: Officer/Director or Legal Dept | 14001 Dallas Pkwy, Suite 700 | | Dallas, TX 75240 |
| Anchor Roofing, Inc. | | 3511 Bering Drive | | Houston, TX 77057 |
| Anderson Chemical | | | | |
| Anderson Chemical Company | | 325 South Davis Avenue | | Litchfield, MN 55355 |
| Andre Mouton | | Address Redacted | | |
| Andrew Biar | | Address Redacted | | |
| Anixter, Inc. | | 7400 Security Way | Suite 100 | Jersey Village, TX 77040 |
| Ankura Consulting Group, LLC | | 150 N Riverside Plaza | Suite 2400 | Chicago, IL 60606 |
| Anthony Patek | | Address Redacted | | |
| Anthony Trevino Garcia | | Address Redacted | | |
| Antonio Sustaita | | Address Redacted | | |
| Aptean | | 1155 Perimeter Center West | Suite 700 | Atlanta, GA 30338 |
| Aries Building Systems LLC | | 5055 Burke Rd | | Pasadena, TX 77504 |
| Ario Fahimi | | Address Redacted | | |
| ARM Investment LLC | Attn: Officer/Director or Legal Dept | 1345 Avenue of Americas, 45th Floor | | New York, NY 10105 |
| ARM Investment LLC | | 311 Cortez St SE | | Los Lunas, NM 87031-7495 |
| Armando Guerrero | | Address Redacted | | |
| Arnold & Porter | | 70 West Madison Street Suite 4200 | | Chicago, IL 60602 |
| Arturo Trevino | | Address Redacted | | |
| Ascentergy Corporation | | PO Box 8218 | | Spring, TX 77387 |
| Ascot Specialty Insurance Company | | 55 West 46th Street | 26th Floor | New York, NY 10036 |
| Ashley Martinez | | Address Redacted | | |
| Ashley Wood | | Address Redacted | | |
| Ashton Patek | | Address Redacted | | |
| AT&T | Attn: Officer/Director or Legal Dept | PO Box 2290 | | Freeport, TX 77542-2290 |
| AT&T | | PO Box 5001 | | Carol Stream, IL 60197 |
| AT&T | Attn: Officer/Director or Legal Dept | PO Box 5019 | | Carol Stream, IL 60197-5019 |
| Atlas Copco Compressors LLC | Attn: Officer/Director or Legal Dept | 15045 Lee Road | | Houston, TX 77032 |
| Aura Engineering, LLC | | 4801 West Orange St | | Pearland, TX 77581 |
| Austin Fire Systems, LLC | Attn: Nicole Boyle | 13580 Eads Rd | | Prairieville, LA 70769 |
| Austin Fire Systems, LLC | | 3007 FM-523 | | Freeport, TX 77541 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 2 of 23

 **STRETTO**

**Creditor Matrix**

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|------|-----------|-----------|-----------|--------------------------|
| Automatic Data Processing | | PO Box 842875 | | Boston, MA 02284 |
| Auxilior Capital Partners, Inc | | 620 W. Germantown Pk | Suite 450 | Plymouth Meeting, PA 19462 |
| AVS Backhoe Services, Inc. | | 8000 S. US Hwy 385 | | Odesa, TX 79766 |
| AVS Industrial LLC | Attn: Marisa Villanueva | 102 S Avenue A | | Freeport, TX 77541 |
| BA Property Tax | | 2001 Ross Ave. | Suite 700-188 | Dallas, TX 75201 |
| BACT Process Systems, Inc. | | 3345 N. Arlington Heights Rd., Suite B | | Arlington Heights, IL 60004 |
| Baghouse America, Inc. | | 2415 East Camelback Rd. | Suite 700 | Phoenix, AZ 85016 |
| Baker Botts LLP | | 910 Louisiana Street | | Houston, TX 77002 |
| Bakertide Solutions LLC | | 13123 Parc Lake Edge Dr | | Cypress, TX 77429 |
| Basf Corporation | | 100 Park Avenue | | Florham Park, NJ 07932 |
| Bauer Visual Graphics, Inc. | | 1510 Brazosport Blvd | | Freeport, TX 77541 |
| BCBS | Attn: Karen House | 200 E. Randolph Street | | Chicago, IL 60601 |
| BCBS of Texas | Attn: Matt Eibel | 1001 E. Lookout Drive | | Richardson, TX 75082-4144 |
| Beaed LP | | 1850 Hwy 35 Bypass North | | Alvin, TX 77511 |
| Belman Capital Management, LLC | | 9595 Six Pines Dr. | Suite 6370 | The Woodlands, TX 77380 |
| Benefit Management Administrators (BMA) | Attn: Bernadette Herrera | 11550 IH-10 West | Ste 220 | San Antonio, TX 78230 |
| Berkshire Hathaway Specialty Ins Co | | 1314 Douglas Street | Suite 1400 | Omaha, NE 68102 |
| Berton Quinn | | Address Redacted | | |
| BF&H, LLC | | 10121 Bassoon Drive | | Houston, TX 77025 |
| BF&H, LP | | 5916 W. 34th St. | Suite E & F | Houston, TX 77092 |
| Bianca Lima | | Address Redacted | | |
| BlackWater Industries LLC | | 13019 Crockett Martin Rd | | Conroe, TX 77306 |
| Blue Cross and Blue Shield | | PO Box 650615 | | Dallas, TX 75265 |
| BMPI of Texas, Inc. | | 8701 Gulf Freeway, Suite 100 | | Houston, TX 77017 |
| BMS Group Ltd | | 757 3rd Avenue | Suite 1600 | New York, NY 10017 |
| Bobby Provence | | Address Redacted | | |
| Boretech Industrial Services | | 3401 Littlestone Dr | | Arlington, TX 76014 |
| Borgelt Law | | 614 S. Capital of Texas Hwy | | Austin, TX 78746 |
| Brad Holesovsky | | Address Redacted | | |
| Brandon Lange | | Address Redacted | | |
| Brandy Mcknight | | Address Redacted | | |
| Brazoria County Tax Assessor | | PO Box 1586 | | Lake Jackson, TX 77566 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 3 of 23



# Creditor Matrix

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|---|---|---|---|---|
| Brazoria County Tax Office | Attn: Officer/Director or Legal Dept | 451 North Velasco | Brazoria County West Annex | Angleton, TX 77515 |
| Brazos Pallets | | 1492 County Road 434 | | Clute, TX 77531 |
| Brazosport Chamber of Commerce | | 420 W. Hwy 332 | | Clute, TX 77531 |
| Brazosport Plumbing & Heating | | PO Box 2007 | | Freeport, TX 77542 |
| Brazosport Plumbing and Heating Co | | 1411 Yellowstone St | | Freepot, TX 77541 |
| Brazosport Safety Council | | PO Box 2650 | | Freeport, TX 77542 |
| Bremer & Armstrong, LLC | | 2001 Ross Ave., Ste 700-188 | | Dallas, TX 75201 |
| Brenntag Southwest | | 1632 Haden Road | | Houston, TX 77015 |
| Brian Flott | | Address Redacted | | |
| Briggs Equipment | | 8787 Wallsville Road | | Houston, TX 77029 |
| Briggs Industrial Solution | Attn: Mark Brammer | 10540 N Stemmons Fwy | | Dallas, TX 75220 |
| Brittany Griak | | Address Redacted | | |
| Brock George | | Address Redacted | | |
| Brock Services, LLC | Attn: Petra Becerra | 431 Commerce | | Clute, TX 77531 |
| Brody Page | | Address Redacted | | |
| Bruce Galarza | | Address Redacted | | |
| Bruker Axs LLC | | 5465 E. Cheryl Pkwy | | Madison, WI 53711 |
| Buchi Corporation | | 19 Lukens Drive Ste 400 | | New Castle, DE 19720 |
| Buildingreports.Com | | 1325 Satellite Blvd | Suite 1607 Bld 1600 | Suwanee, GA 30024 |
| Burrow Global Services, LLC | | 350 Pine Street, Suite 1100 | | Beaumont, TX 77701 |
| C. Steinweg (Baltimore) Inc. | | 4505 North Point Boulevard | | Baltimore, MD 21219 |
| Cactus Tanks LLC | | 3053 E 8th St | Po Box 545 | Chandler, OK 74834 |
| Caira Hinson | | Address Redacted | | |
| Caitlynn Pack | | Address Redacted | | |
| Caldwell East & Finlayson PLLC | | 700 North St. Mary's | Suite 1825 | San Antonio, TX 78205 |
| Caleb Ross | | Address Redacted | | |
| Capital Group | | 333 South Hope Street | 53rd Floor | Los Angeles, CA 90071 |
| Capital Research and Management Company | | 333 South Hope Street | 53rd Floor | Los Angeles, CA 90071 |
| Carboline Global Inc. | | 2150 Schuetz Rd | | St. Louis, MO 63146 |
| Carlos Velez | | Address Redacted | | |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 4 of 23



# Creditor Matrix

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|------|-----------|-----------|-----------|--------------------------|
| Carlton Crunk | | Address Redacted | | |
| Carol Jurden | | Address Redacted | | |
| Catalyst & Chemical Containers | | 6510 30th Street | | Edmonton, AB T6P1J6 Canada |
| Catalyst and Chemical Containers, LLC | Hoover Ferguson | PO Box 734090 | | Dallas, TX 75373-4090 |
| Cdw Direct, LLC. | | PO Box 75723 | | Chicago, IL 60675 |
| CECO Environmental Corp. | | 4625 Red Bank Road | Suite 200 | Cincinnati, OH 45227 |
| Ced Industrial | | 9311 Bay Area Blvd | | Pasadena, TX 77507 |
| Cenovus Energy Inc. | Attn: Jaclyn Bexson | 225 - 6 AVE SW | | Calgary, AB T2P 0M5 Canada |
| Champion Direct Services, LLC | | 3910 E Hwy 332/PO Box 2371 | | Freeport, TX 77542 |
| Charles Nichols III | | Address Redacted | | |
| Charles Schroeder | | Address Redacted | | |
| Charles Schulze | | Address Redacted | | |
| Chelsea Ford | | Address Redacted | | |
| Chemical Waste Management Inc | Attn: Officer/Director or Legal Dept | 7170 John Brannon Road | | Sulphur, LA 70665 |
| Chemtran Services USA Inc. | | 5634 Shirley Ln | | Houston, TX 77032 |
| Chemtrec | | 3130 Fairview Park Dr, 4th Floor | | Falls Church, VA 22042 |
| Cheryl Griffin | | Address Redacted | | |
| Chicago Industrial Pump Co | | 822 Schneider Drive | | Suth Elgin, IL 60177 |
| Christopher Paul | | Address Redacted | | |
| Christopher Tidwell | | Address Redacted | | |
| Cintas Corporation Services Inc | | 8404 Lawndale | | Houston, TX 77012 |
| Cintas Fire Protection | | 5355 W Sam Houston Pkwy N | Ste 300 | Houston, TX 77041 |
| Cintas First Aid & Safety | | 611 E Sam Houston Pkwy | Suite 100 | Pasadena, TX 77503 |
| Circle 8 Crane Services, LLC | | PO Box 260370 | | Corpus Christi, TX 78426 |
| City of Freeport | Attn: Officer/Director or Legal Dept | 1201 N Avenue H | | Freeport, TX 77541 |
| City of Freeport | | 200 W 2nd Street | | Freeport, TX 77541 |
| City of Freeport, Texas | Attn: Officer/Director or Legal Dept | 200 W 2nd St, Floor 3 | | Freeport, TX 77541 |
| City of Oyster Creek | Attn: Officer/Director or Legal Dept | 3210 FM 523 | | Oyster Creek, TX 77541 |
| Civil & Environmental Consultants | | 7500 Rialto Blvd | Bldg. 1, Ste 270 | Austin, TX 78735 |
| Civil & Environmental Consultants, Inc. | | 1221 S. MoPac Expressway, Suite 350 | | Austin, TX 78746 |
| Clark Industrial Services | | 1100 S. Brooks | | Brazoria, TX 77422 |
| Clark Industrial Services LLC | | PO Box 1489 | | Brazoria, TX 77422 |
| Clean Air Engineering, Inc. | | 500 West Wood Street | | Palatine, IL 60067 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 5 of 23



# Creditor Matrix

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|------|-----------|-----------|-----------|--------------------------|
| Clean Harbors Environmental | | 42 LongWater Drive | | Norwell, MA 02061 |
| Clear Water Field Services LLC | Attn: D. Zavala | 812 East Pasadena Freeway | | Pasadena, TX 77506 |
| CN Customs Brokerage Services | | 3373 Griswold Rd | | Port Huron, MI 48060 |
| Coast Graphics & Signs, Inc | | 16811 FM 521 | | Rosharon, TX 77583 |
| Coastal Chemical Co., LLC | | 6133 Hwy 90 E. | | Broussard, LA 70518 |
| Coastal Ice, Inc | | 6004 N Shepherd Dr | | Houston, TX 77091 |
| Coastal Machine & Mechanical | | 14004 S Hwy 288B | | Angleton, TX 77515 |
| Coastal Welding Supply | | 2155 I-10 East | | Beaumont, TX 77701 |
| Cobbs Allen Capital LLC, | dba CAC Specialty | 115 Office Park Dr | Ste 200 | Birmingham, AL 35223 |
| Cobbs Allen Capital LLC/CAC Specialty | Attn: William Kroupa | 320 Fillmore Street | Ste 200 | Denver, CO 80206 |
| Cody Jensen | | Address Redacted | | |
| Cokinos Young | | 1221 Lamar St. | 16th FL | Houston, TX 77010 |
| Cole-Parmer Instrument Company | | 625 East Bunker Court | | Vernon Hills, IL 60061 |
| Collins Instruments | | PO Drawer 938 | | Angleton, TX 77515 |
| Color Card Administrator | | 7898 Ostrow St | Ste. E | San Diego, CA 92123 |
| Comcast Business | Attn: Officer/Director or Legal Dept | PO Box 60533 | | City of Industry, CA 91716-05 |
| Comcast Holdings Corporation | | PO Box 60533 | | City Of Industry, CA 91716 |
| Consilium Solutions LLC | | | | |
| Constellation | Attn: Officer/Director or Legal Dept | PO Box 4911 | | Houston, TX 77210-4911 |
| Constellation New Energy | Attn: Nancy Fischer | 1001 Louisiana St, Ste 2300 | | Houston, TX 77002 |
| Cotecna Inspection Inc. | | 40 Veterans Memorial Blvd | | Kenner, LA 70062 |
| Cowboy Industrial Sales, Inc. | | 1618 East Lane | | Beaumont, TX 77713 |
| Craig Thompson | | Address Redacted | | |
| Crane Masters Inc | | 4930 Hartwick Rd | | Houston, TX 77093 |
| Crawford Electric Supply | | 437 Commerce St | | Clute, TX 77531 |
| Crockett Robinson | | Address Redacted | | |
| Crown Insulation Services, LLC | | 362 Smith St. | | Clute, TX 77531 |
| Crown Lift Trucks | | 17506 East Hardy Rd | | Houston, TX 77073 |
| Crum & Forster Indemnity Company | | 305 Madison Ave | | Morristown, NJ 07960 |
| CT Corporation | | PO Box 4349 | | Carol Stream, IL 60197 |
| Cyclonaire Corporation | | 1111 Main Street | Suite 2650 | Kansas City, MO 64121 |
| Dacon Corporation | Attn: Jake Sparks | 1300 Underwood Rd. | | Deer Park, TX 77536 |
| Dakota Instruments, Inc. | | 20 Corporate Dr | | Orangeburg, NY 10962 |
| Dana Carlee | | Address Redacted | | |
| Daniel Bailey | | Address Redacted | | |
| Danners, Incorporated | | 1828 Mechanical St | | Galveston, TX 77550 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 6 of 23



**Creditor Matrix**

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|---|---|---|---|---|
| David Garcia Jr | | Address Redacted | | |
| David Jackson | | Address Redacted | | |
| Deanna Espinoza | | Address Redacted | | |
| Dearborn Life Insurance Co | | 701 E 22nd St | | Lombard, IL 60148 |
| Deaton Long Li | | Address Redacted | | |
| Deborah Henry | | Address Redacted | | |
| Dell Inc. | | PO Box 676032 | | Dallas, TX 75267 |
| Dennis Azlin | | Address Redacted | | |
| Design Security Controls | | 1511 Upload Drive | | Houston, TX 77043 |
| Devon Wallace | | Address Redacted | | |
| DHA Filter, LLC | Attn: Robbie Furler | 36 Knight Boxx Rd | | Orange Park, FL 32065 |
| Diamond Hoses, Inc. | | 6776 FM 2004 | | Hitchock, TX 77563 |
| Diamond Hydraulics Inc | Attn: Officer/Director or Legal Dept | 6776 FM 2004 | | Hitchcock, TX 77563 |
| Digi Security Systems, LLC | | 11333 E. 51st Place | | Tulsa, OK 74146 |
| Digital Two Way LP | | 5821 W Sam Houston Pky N | Suite 100 | Houston, TX 77041 |
| Dillon Hernandez | | Address Redacted | | |
| Donald Shotts | | Address Redacted | | |
| Donovan Barfield | | Address Redacted | | |
| Doubleradius, Inc. | | 2022 Van Buren Ave | | Indian Trail, NC 28079 |
| Dow Hydrocarbons and Resources | Attn: Officer/Director or Legal Dept | 2211 H.H. Dow Way | | Midland, MI 48674 |
| Dow Hydrocarbons and Resources | | PO Box 846028 | | Dallas, TX 75284 |
| Dustin Grimes | | Address Redacted | | |
| Dustin Pope | | Address Redacted | | |
| Dustin Stanley | | Address Redacted | | |
| Earth Networks, Inc | | 12410 Milestone Center Dr | | Germantown, MD 20876 |
| Edgewood Partners | | One California | Ste 400 | San Francisco, CA 94111 |
| Edward Woodruff | | Address Redacted | | |
| Elan Financial Services | | PO Box 6353 | | Fargo, ND 58125 |
| Electrical Reliability Services, Inc. | | 610 Executive Campus Drive | | Westerville, OH 43082 |
| Electrical Reliabitiy Services | | 1426 / Sens Rd | | La Porte, TX 77571 |
| Elfreda King | | Address Redacted | | |
| Elias Estrada | | Address Redacted | | |
| Elite Rotating & Mech Services | | 2008 Jones Road | | Freeport, TX 77541 |
| Elizabeth Dunlap | | Address Redacted | | |
| Elway Industries, Inc. | | 8339 Kempwood Drive | | Houston, TX 77055 |
| Emanuel Alvarado | | Address Redacted | | |
| Empire Vending | | 207 Koomey Rd. | | Brookshire, TX 77423 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 7 of 23



# Creditor Matrix

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|------|-----------|-----------|-----------|--------------------------|
| Empire Vending, LLC | | 207 Koomey Road | | Brooksire, TX 77432 |
| Endress + Hauser | Attn: Legal Department | 2350 Endress Place | | Greenwood, IN 46163 |
| Endress Hauser | Attn: Officer/Director or Legal Dept | PO Box 78000 Dept 78795 | | Detroit, MI 78278 |
| Endurance American Specialty Ins Co | Attn: Legal | 1221 Avenue of the Ameicas | 18th Floor | New York, NY 10022 |
| Enduro Pipe/Tank Field Services | | 16602 Central Green Blvd | | Houston, TX 77032 |
| Energy Rental Solutions, LLC | Attn: Sandra Bourque | 4300 Rice Drier | | Pearland, TX 77581 |
| Enmas EPC Power Projects Ltd | | Pantheon Plaza, New NO 28-30, Pantheon Rd | 2nd Floor | Tamil Nadu, 600008 India |
| Enrique Velez | | Address Redacted | | |
| Environmental Protection Agency | Attn: Officer/Director or Legal Dept | 1200 Pennsylvania Avenue NW | | Washington, DC 20004 |
| Environmental Resource Associates Inc. | | 6000 West 54th Avenue | | Arvada, CO 80002 |
| Epic | Attn: Nancy Webster | 100 Montgomery St. | Suite 2000 | San Francisco, CA 94104 |
| Epic Insurance Brokers/Edgewood Ptrns | Attn: Brian R Donald | 2720 3rd Avenue South | | Birmingham, AL 35233 |
| Epsco International, Inc. | | PO Box 712465 | | Cincinnati, OH 45271 |
| EquipmentShare | | 14910 Henry Road | | Houston, TX 77060 |
| EquipmentShare | | 3401 Awsome Lane | | La Porte, TX 77571 |
| EquipmentShare | Attn: Officer/Director or Legal Dept | 5710 Bull Run Dr | | Columbia, MO 65201 |
| EquipmentShare | | 771 County Rd 44 | | Angleton, TX 77515 |
| Eric Ramirez | | Address Redacted | | |
| Erwin Lewis | | Address Redacted | | |
| Esteban Garcia | | Address Redacted | | |
| Eurecat | Attn: Marilyn Warren | 13100 Baypark Rd | | Pasadena, TX 77507 |
| Eurecat Okahoma | | 100 Steven Taylor Blvd. | | Mcalester, OK 74501 |
| Eurofins Xenco | | 4145 Greenbriar Drive | | Stafford, TX 77477 |
| Evco Industrial Hardware Inc | | 606 Brazosport Blvd | | Freeport, TX 77541 |
| Evolve Holdings | | 10555 Cossey Road | | Houston, TX 77070 |
| Evonik Corporation | Attn: Siboney Vargas-Rodriguez | 2 Turner Corporation | | Piscataway, NJ 08854 |
| Evoqua Water Technologies LLC | | 10 Technology Drive | | Lowell, MA 01851 |
| Excel Contractors | | 8641 United Plaza Blvd | | Baton Rouge, LA 70809 |
| Fastmarkets Global Limited | | 8 Bouverie Street | | London, EC4Y 8AX United Ki |
| Ferguson Industrial | | 1701 S 16th St., Suite 300 | | Laporte, TX 77571 |
| Fernando McWherter | | Address Redacted | | |
| Field Service Specialists, LLC | Attn: Oscar Tamez | 6049 South Loop E | Suite 6049 | Houston, TX 77033 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 8 of 23

 **STRETTO**

## Creditor Matrix

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|---|---|---|---|---|
| Field Service Specialists, LLC | | PO Box 827 | | LaPorte, TX 77572 |
| Firetrol Protection Systems | | 2323 Underwood Rd | | LaPorte, TX 77571 |
| First Financial Bank | | 8535 Central Mall Dr | | Port Arthur, TX 77642 |
| First Insurance Funding | | 450 Skokie Blvd, Ste 1000 | | Northbrook, IL 60062 |
| Fisher Scientific Company | | PO Box 404705 | | Atlanta, GA 30384 |
| Flo-Bin CCKX, Inc | Attn: Angela Mangum | PO Box 752407 | | Houston, TX 77275 |
| Flowstream Industrial Services | | 1000-A N Brazosport Blvd | | Richwood, TX 77531 |
| Floyd Hall | | Address Redacted | | |
| Fork-Co | | 19113 Amoco Dr S | | Alvin, TX 77511 |
| Frank Carfora | | Address Redacted | | |
| Frank Leavey | | Address Redacted | | |
| Frank Montemayor | | Address Redacted | | |
| Fred Owens | | Address Redacted | | |
| Freeport Welding & Fabrication | | 200 North Navigation Blvd. | | Freeport, TX 77541 |
| Freightquote.Com | | 901 W Carondelet Dr | | Kansas City, MO 64114 |
| Front Line Power Construction, LLC | | 4202 Chance Ln | | Rosharon, TX 77583 |
| Frontline Data Solutions | | 2950 Unity Dr | No 37072 | Houston, TX 77057 |
| FTAI Infrastructure Inc. | | 1345 Avenue of the Americas | 45th Floor | New York, NY 10105 |
| Function4 LLC | | 12560 Reed Rd | Ste 200 | Sugarland, TX 77478 |
| Fusion Transport, LLC | | 15709 Avenue C | | Channelview, TX 77530 |
| Gabriel Delgado | | Address Redacted | | |
| Garret Jackson | | Address Redacted | | |
| General Laboratory Supply | | PO Box 7120 | | Pasadena, TX 77508 |
| General Security Indemnity Company of AZ | Attn: Officer/Director or Legal Dept | 8825 N 23rd Avenue | Suite 100 | Phoenix, AZ 85021 |
| Generali Global Corporate & Commercial | Attn: Officer/Director or Legal Dept | Piazza Tre Torri 1 | | Milan, 20145 Italy |
| Generali USA | | 28 Liberty Street | Suite 3040 | New York, NY 10005 |
| George Garcia | | Address Redacted | | |
| George Hernandez | | Address Redacted | | |
| George Ingles | | Address Redacted | | |
| George Milliff | | Address Redacted | | |
| Gerardo Valdes | | Address Redacted | | |
| GFL Environmental GFL Plant Services, LP | Attn: Officer/Director or Legal Dept | PO Box 732411 | Attn Officer/Dire ctor or Legal Dept | Dallas, TX 75373-2411 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)



# Creditor Matrix

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|------|-----------|-----------|-----------|--------------------------|
| GFL Environmental / GFL Plant | Attn: Varsha Rao | 2199 N. Business Hwy 77 | | Robstown, TX 78380 |
| GFL Plant Services LP f/k/a Sprint Services | | 16011 W Bellfort Blvd | | Sugar Land, TX 77498 |
| Gilbert Medrano | | Address Redacted | | |
| Giles Dunn | | Address Redacted | | |
| Girouard'S | | 626 West Second Street | | Freeport, TX 77541 |
| Gladieux Metals Recycling LLC | | 302 Midway Road | | Freeport, TX 77542 |
| Gladieux Metals, LLC | | 302 Midway Road | | Freeport, TX 77542 |
| Gladieux Metals, LLC | Attn: Officer/Director or Legal Dept | 9595 Six Pines Dr., Suite 6370 | | The Woodlands, TX 77380 |
| GLC Advisors | Attn: Michael Kizer | 600 Lexington Ave | Fl 9 | New York, NY 10022 |
| Glen Mills, Inc. | | 220 Delawanna Ave. | | Clifton, NJ 07014 |
| Glenn Plant | | Address Redacted | | |
| GM-FTAI Holdco LLC | Attn: Officer/Director or Legal Dept | 302 Midway Rd | | Freeport, TX 77542 |
| GM-FTAI HoldCo LLC | Attn: Officer/Director or Legal Dept | 9595 Six Pines Drive Suite 6370 | | The Woodlands, TX 77380 |
| Goldman Sachs Asset Management | | 200 West Street | | New York, NY 10282 |
| GPM Pump and Seal | | 406 Anders Ln | | Kemah, TX 77565 |
| Grainger | | 100 Grainger Parway | | Lake Forest, IL 60045 |
| Great Western Supply Co. | | 825-A Industrial Street | | Clute, TX 77531 |
| Greenview Chemical Sles Inc. | | 4345 N. Lincoln Ave | | Chicago, IL 60618 |
| Gregory Gyomlai | | Address Redacted | | |
| Gregory Gyomlai | | Address Redacted | | |
| Greystone Alloys, LLC | | 10545 Fisher Rd | | Houston, TX 77041 |
| Groves Equipment Rental | | 4688 Pure Atlantic Road | | Groves, TX 77619 |
| Guadalupe Carmona | | Address Redacted | | |
| Gulf Coast Filters & Supply Inc | Attn: Chad Beck | 1120 N Hwy 146 | | Baytown, TX 77520 |
| Gulf Coast Filters & Supply Inc | | 1126 Hwy 146 | | Baytown, TX 77520 |
| Gulf Coast Paper Co | | | | |
| H&E Equipment Services | Attn: Sierra Taylor | 603 County Rd 227A | | Freeport, TX 77541 |
| H+M Industrial EPC | | 5820 Center Street | | Pasadena, TX 77505 |
| Hach Company | | 5600 Lindbergh Dr | | Loveland, CO 80538 |
| Hannah Swearengin | | Address Redacted | | |
| Harbour Security LLC | | PO Box 183 | | Danbury, TX 77534 |
| Hartfiel Automation Inc | | 6533 Flying Cloud Dr, Ste 100 | | Minneapolis, MN 55485 |
| Hastik-Baymont, Inc. | | 220 Deerwood Glen Ct | | Deer Park, TX 77536 |
| Hatch Associates Consultants | Attn: Rob Fraser | 375 N Shore Dr | | Pittsburgh, PA 15212 |
| Hawk Installation & Construction Inc | | 315 N Main | | Bogata, TX 75417 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 10 of 23



**Creditor Matrix**

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|------|-----------|-----------|-----------|--------------------------|
| HDI Global Insurance Company | | 161 North Clark Street | 48th Floor | Chicago, IL 60601 |
| Heather Freshwater | | Address Redacted | | |
| Heather Singletary | | Address Redacted | | |
| Hector Flores | | Address Redacted | | |
| Hoa Tran | | Address Redacted | | |
| Honesty Environmental Services, Inc. | | 6741 Satsuma Drive, Suite B | | Houston, TX 77041 |
| Hoover Ferguson (CCC) | Attn: Denise Rogers | 4935 Timbercreek Drive | | Houston, TX 77017 |
| Houston North Air Conditioning | | 402 E Tidwell Rd | | Houston, TX 77022 |
| Houston Pipe Line Company | | PO Box 951439 | | Dallas, TX 75395 |
| Houston Pipe Line Company LP | Attn: Officer/Director or Legal Dept | PO Box 204317 | | Dallas, TX 75541 |
| HSA Bank | Attn: Nikki Harris | 605 N. 8th Street | Suite 320 | Sheboygan, WI 53082 |
| Hugo Zuniga | | Address Redacted | | |
| Hunter Crane & Equipment, Inc | | 2829 Texas Ave | | Texas City, TX 77590 |
| Hunter Heavy Equipment Inc. | | 2829 Texas Ave | | Texas City, TX 77590 |
| Hychem, Inc. | | 10014 North Dale Mabry Highway | Suite 213 | Tampa, FL 33618 |
| I.C.S., Inc. | | PO Box 2008 | | Freeport, TX 77542 |
| IBZ-Salzchemie GmbH & Co. KG | | Schwarze Kiefern 4 | | Halsbruecke, 09633 Germany |
| ID Wholesaler | | 5830 Nw 163rd Street | | Miami Lakes, FL 33014 |
| Immanuel Sosa | | Address Redacted | | |
| Imperial Dade | | 2304 Reed Rd | Bldg C | Houston, TX 77051 |
| Industrial Equipment Company | | 6039 South Loop East | | Houston, TX 77033 |
| Industrial Furnace Company | | 40 Humboldt St | | Rochester, NY 14609 |
| Industrial Kiln & Dryer Group | Attn: Sarah Lee | 12711 Townepark Way | | Louisville, KY 40243 |
| Insight Software | | 8529 Six Forks Road | Suite 400 | Raleigh, NC 27615 |
| Internal Revenue Service | Attn: Officer/Director or Legal Dept | 1111 Constitution Avenue NW, IR-74052 | | Washington, DC 20224 |
| Internal Revenue Service | Houston Department | 1919 Smith Street | | Houston, TX 77002 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | Philadelphia, PA 19104 |
| Internal Revenue Service | | Department of the Treasury | | Ogden, UT 84201-0045 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia, PA 19101-7346 |
| Invesco | | Midtown Union | 1331 Spring Street NW | Atlanta, GA 30309 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 11 of 23



**Creditor Matrix**

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|---|---|---|---|---|
| Ipreo LLC | | PO Box 21865 | | New York, NY 10087 |
| Iron Mountain Records Mgmt. | | PO Box 915004 | | Dallas, TX 75391 |
| Ironclad Environmental Solutions | Attn: Abby Goff | 1650 East Freeway | | Baytown, TX 77521 |
| Isaiah Wilson | | Address Redacted | | |
| ISC Constructors, LLC | | 420 Dickerson Ave | | League City, TX 77573 |
| J T Thorpe Company | | 6833 Kirbyville | | Houston, TX 77033 |
| Jabrayl Ward | | Address Redacted | | |
| Jace Martinez | | Address Redacted | | |
| Jacob Gonzalez | | Address Redacted | | |
| Jacob Lehman | | Address Redacted | | |
| Jacqueline Brady | | Address Redacted | | |
| Jacquenette Solis | | Address Redacted | | |
| James Cantu | | Address Redacted | | |
| James Eboka | | Address Redacted | | |
| James Franco | | Address Redacted | | |
| James Howard | | Address Redacted | | |
| James Hudson | | Address Redacted | | |
| James Malone | | Address Redacted | | |
| Jarrod Flory | | Address Redacted | | |
| Jasmin Wiley | | Address Redacted | | |
| Jason Lewis | | Address Redacted | | |
| Jason Young | | Address Redacted | | |
| Jeff Brue | | Address Redacted | | |
| Jefferies LLC | | 520 Madison Avenue, 6th Floor | | New York, NY 10022 |
| Jefferson Enterprise Energy | | 9595 Six Pines Dr. | Suite 6370 | Woodlands, TX 77380 |
| Jefferson Enterprise Management | | 9595 Six Pines Dr. | Suite 6370 | The Woodlands, TX 77380 |
| Jefferson Enterprise, LLC | | 9595 Six Pines Dr. | Suite 6370 | The Woodlands, TX 77380 |
| Jefferson N604AI LLC | | 9595 Six Pines Drive | Suite 6370 | The Woodlands, TX 77380 |
| Jeremy Brown | | Address Redacted | | |
| Jeremy Fields | | Address Redacted | | |
| Jesus Sanchez | | Address Redacted | | |
| Jinshan Li | | Address Redacted | | |
| JJ Keller & Associates Inc | | PO Box 6609 | | Carol Stream, IL 60197 |
| JM Test Systems Inc | | 7323 Tom Dr | | Baton Rouge, LA 70806 |
| John Arguello | | Address Redacted | | |
| John Billeau | | Address Redacted | | |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 12 of 23



**Creditor Matrix**

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|---|---|---|---|---|
| John Guillen Jr | | Address Redacted | | |
| John Metric | | Address Redacted | | |
| John Stanley | | Address Redacted | | |
| Jordan Terry | | Address Redacted | | |
| Jose Bravo Jr | | Address Redacted | | |
| Jose Hernandez | | Address Redacted | | |
| Jose Zuniga | | Address Redacted | | |
| Joseph Brue | | Address Redacted | | |
| Joseph Lewis | | Address Redacted | | |
| Joshua Figueroa | | Address Redacted | | |
| Joshua Hernandez | | Address Redacted | | |
| Joshua Johnson | | Address Redacted | | |
| Joyce Smith | | Address Redacted | | |
| JPMorgan Chase Bank | | PO Box 182051 | | Columbus, OH 43218 |
| JPMorgan Chase Bank☐ | Attn: Samantha Lopez Araiza | 600 Travis, 10th Floor | | Houston, TX 77002 |
| Judy Leblanc | | Address Redacted | | |
| Justin Cooper | | Address Redacted | | |
| Justin Mccoy | | Address Redacted | | |
| K+S Services | | 15677 Noecker Way | | Southgate, MI 48195 |
| Kamaljeet Kahlon | | Address Redacted | | |
| Karyl Lenamond-Reames | | Address Redacted | | |
| Kathy Harrell | | Address Redacted | | |
| Kaw Valley Industrial Services | | 4851 S 13th St | | Leavenworth, KS 66048 |
| KCG Industrial LLC | Attn: Craig Kaspar | 215 Flaglake Drive | | Clute, TX 77531 |
| Keith Lundy | | Address Redacted | | |
| Kelly Services | | 333 N. Sam Houston Pkwy E | No 125 | Houston, TX 77060 |
| Kelly's Contracting | | 440 Commerce St. | | Clute, TX 77531 |
| Ken Nicholson | | Address Redacted | | |
| Kenkay Industrial Services, Inc. | | 1001 S Brazosport Blvd | | Clute, TX 77531 |
| Kenneth Myles | | Address Redacted | | |
| Keodric Buffett | | Address Redacted | | |
| Khristopher Haught | | Address Redacted | | |
| Killum Pest Control | | 209 Plantation Dr | | Lake Jackson, TX 77566 |
| Killum Pest Control, Inc. | | 224 Plantation Drive | | Lake Jackson, TX 77506 |
| Kimberly Baker | | Address Redacted | | |
| Kinsale Insurance Company | | 2035 Maywill Street | Suite 100 | Richmond, VA 23230 |
| Kleinfelder, Inc. | | 12000 Aerospace Ave. | Suite 450 | Houston, TX 77034 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 13 of 23



**Creditor Matrix**

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|---|---|---|---|---|
| Kline Alvarado Veio, P.C. | Attn: T. J. Mancuso | 1775 Sherman Street | Suite 1790 | Denver, CO 80203 |
| Knighten Machine & Service | | 3800 E 42nd St | Suite 333 | Odessa, TX 79762 |
| Krishna Sanjeev Kumar Reddy | Muddam Yogeshwara | Address Redacted | | |
| Kristy Raska | | Address Redacted | | |
| Kroll, LLC | | 919 Congress Ave | Suite 1450 | Austin, TX 78701 |
| L. C. Eldridge Sales Co | | 9800 Richmond Ave. | Suite 325 | Houston, TX 77042 |
| L.C Eldridge Sales Co, Ltd | | 23035 Elkana Deane Ln | | Katy, TX 77449 |
| Landry Larche | | Address Redacted | | |
| Largo Resources USA Inc. | | 1640 Boro Place, 4th Floor | Suite 504 | Mclean, VA 22102 |
| Largo Resources USA Inc. | | 200 Bellevue Parkway | Suite 210 | Wilmington, DE 19809 |
| Larry Bass | | Address Redacted | | |
| Larry GiLPin | | Address Redacted | | |
| Latasha Hill | | Address Redacted | | |
| Lawrence Frazier | | Address Redacted | | |
| Lawson Products, Inc. | | 8770 W Bryn Mawr Ave | Suite 900 | Chicago, IL 60631 |
| Layne Barfuss | | Address Redacted | | |
| Lechler, Inc. | | 445 Kautz Road | | St. Charles, IL 60174 |
| Leon Aguirre Colorado Henonet | | Address Redacted | | |
| Leticia Mendeola | | Address Redacted | | |
| Lhoist North America | Attn: Officer/Director or Legal Dept | 5600 Clearfork Main St | Suite 30 | Fort Worth, TX 76109 |
| Li Jones | | Address Redacted | | |
| Linde Gas & Equipment Inc. | | Dept 0812 | Box 120812 | Dallas, TX 75312 |
| Lion Technology Inc | | 570 Lafayette Rd | | Spart, NJ 07871 |
| Lisco, Inc. | | 1960 Hwy. 288 B | | Richwood, TX 77531 |
| Lloyds of London | | One Lime Street | | London, EC3M 7HA United K |
| Louisiana Chemical Equipment | | PO BOX 1490 | | La Porte, TX 77572 |
| Luz Martinez | | Address Redacted | | |
| Mach Engineering, LLC | | 15750 Tuckerton Road | | Houston, TX 77095 |
| Mai Capital Management LLC | Attn: James Henry | 6050 Oak Tree Blvd | Suite 500 | Cleveland, OH 44131 |
| Marco Soto | | Address Redacted | | |
| Marcus Macias | | Address Redacted | | |
| Margarita Salinas Canales | | Address Redacted | | |
| Mark Gorman | | Address Redacted | | |
| Mark Williams | | Address Redacted | | |
| Martha Estrada | | Address Redacted | | |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 14 of 23

 **STRETTO**

# Creditor Matrix

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|------|-----------|-----------|-----------|--------------------------|
| Martin, Disiere, Jefferson & Wisdom | | 808 Travis | Suite 1100 | Houston, TX 77002 |
| Mason Davis | | Address Redacted | | |
| Mason Metals, LLC | Attn: Officer/Director or Legal Dept | 3000 Sand Hill Rd., Bldg 3, Ste 245 | | Menlo Park, CA 94025 |
| Matrix Systems, Inc. | | 1041 Byers Road | | Miamisburg, OH 45342 |
| Matson Logistics Services, LLC | | 4000 Embassy Parkway | Suite 380 | Akron, OH 44333 |
| Matt Westelman | | Address Redacted | | |
| Mauro Alanis | | Address Redacted | | |
| Maverick Maintenance & Supply | | 2320 Genoa Red Bluff Rd | | Houston, TX 77034 |
| McMaster-Carr Supply Company | | PO Box 7690 | | Chicago, IL 60680 |
| Megan Segers | | Address Redacted | | |
| Mejia Industrial Supply Co. | | 2218 FM 523 | | Oyster Creek, TX 77541 |
| Metropolitan Life Insurance Company | | PO Box 360229 | | Pittsburgh, PA 15251 |
| Mettler - Toledo Inc | | PO Box 730867 | | Dallas, TX 75373 |
| Michael Anthony Bomar | | Address Redacted | | |
| Michael Ingles | | Address Redacted | | |
| Michael James Bomar | | Address Redacted | | |
| Michael Taller | | Address Redacted | | |
| Micronics Engineered Filtration | Attn: Officer/Director or Legal Dept | 1202 Riverfront Pkwy | Suite A | Chattanooga, TN 37402 |
| Midtex Oil, L.P. | | 3455 IH 35 S. | | New Braunfels, TX 78132 |
| Mike's Machine Works | | 403 South Ave A | | Freeport, TX 77541 |
| Millenium Industrial Corporation | | PO Box 3575 | | Lake Jackson, TX 77566 |
| Millennium Industrial Corp | | 1420 Old Angleton Rd | | Clute, TX 77531 |
| Milliff.Com Computer Consulting | | PO Box 326 | | Wadsworth, TX 77483 |
| Mobile Mini I, Inc. | | PO Box  79149 | | Phoenix, AZ 85062 |
| Momentum Rental and Sales | | 809 South Highway 35 | | Port Lavaca, TX 77979 |
| Montrell Brown | | Address Redacted | | |
| Montrose Air Quaility Services | | 1 Park Plaza | Suite 1000 | Irvine, CA 92614 |
| Monty Carter | | Address Redacted | | |
| Moore & Van Allen PLLC | | 100 N. Tryon St. | Suite 4700 | Charlotte, NC 28202 |
| Morrison Foerster | | 250 West 55th Street | | New York, NY 10019 |
| Motion Automation Intelligence | | 801 Klein Rd | No 100 | Plano, TX 75074 |
| Motion Industries Inc | | 6922 East Hwy 332 | | Freeport, TX 77541 |
| Ms Transverse Specialty Insurance | | 15 Independence Blvd | Suite 430 | Warren, NJ 07059 |
| MSTI | | 1002 ABC Avenue | | Freeport, TX 77541 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 15 of 23



**Creditor Matrix**

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|---|---|---|---|---|
| Mueller Manufacturing, Inc. | | 2200 N. Brazosport Blvd | | Richwood, TX 77531 |
| Nathan Campos | | Address Redacted | | |
| Nathan Genzer | | Address Redacted | | |
| National Tank & Equipment | | 1607 FM 523 | | Freeport, TX 77542 |
| National Tank & Equipment | | 5001 Independence Parkway S, Suite A | | Deer Park, TX 77536 |
| National Tank & Equipment, LLC | Attn: Dana Stephenson | 500 W 5th Street | Suite 750 | Austin, TX 78701 |
| NEC Enterplises, LLC | | 8865 College Street 200 | | Beaumont, TX 77707 |
| Nestle Waters | | 900 Long Ridge Rd#2 | | Stamford, CT 06902 |
| Network Cabling Services, Inc. | | 12626 Fuqua Street | | Houston, TX 77034 |
| Nexus Solutions Inc. | | 1828 Blue Heron Dr. | Unit 36 | London, ON N6H 0B7 Canad |
| Nicholas Burt | | Address Redacted | | |
| Nicholas Keen | | Address Redacted | | |
| Norrell Construction, Inc | | 202 W Hwy 332 | | Clute, TX 77531 |
| North Shore Supply | | 1566 Miles St | | Houston, TX 77015 |
| Northern Safety Co., Inc | | 232 Industrial Park Dr. | | Frankfort, NY 13340 |
| Norton Rose Fullbright Us, LLP | | 1550 Lamar, Suite 2000 | | Houston, TX 77010 |
| Office of the US Trustee for the SDTX | | 515 Rusk Street, Suite 3516 | | Houston, TX 77002 |
| Oilskimmer | | 12800 York Rd | | North Royalton, OH 44133 |
| Olin Finance Company LLC | Attn: Christine Lade | 190 Carondelet Plaza | Suite 1530 | Clayton, MO 63105 |
| Oliver Warren Jr | | Address Redacted | | |
| OMI Environmental Solutions | | 131 Keating Dr | | Belle Chasse, LA 70037 |
| Opacity Certification Services | | 8600 Harbor Dr. | | Raleigh, NC 27615 |
| Orthman Manufacturing, Inc. | | PO Box B | | Lexington, NE 68850 |
| Oscar Chavana | | Address Redacted | | |
| Pariveda Consulting | | 2811 McKinney Ave | Ste 320 | Dallas, TX 75204 |
| Patrick Wiggins | | Address Redacted | | |
| Paul Hembling | | Address Redacted | | |
| Paul Nelson | | Address Redacted | | |
| Payflex | | 10802 Farnam Drive | Suite 100 | Omaha, NE 68154 |
| Petrocatalytics | | 63 River Oaks Cir | | Pikesville, MD 21208 |
| Phillip Lopez | | Address Redacted | | |
| Phoenix Filtration, Inc. | | 403 Marsh Lane | Ste 2-4 | Newport, DE 19709 |
| Pimco Flexible Municipal Income Fund | | 650 Newport Center Drive | | Newport Beach, CA 92660 |
| Pinnacle Fasteners Corp | | 1010 Sycamore | | Lake Jackson, TX 77566 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

 **STRETTO**

## Creditor Matrix

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|---|---|---|---|---|
| Pinnacle Human Resource Solutions | | 2420 Port Neches Ave, Suite A | | Port Neches, TX 77651 |
| Plante & Moran PLLC | Attn: Keith S. Martinez | 250 High Street | Suite 500 | Columbus, OH 43215 |
| Plattco Corporation | | 7 White Street | | Plattsburgh, NY 12901 |
| Pocock Industrial, Inc. | | 61885 300W | | Salt Lake City, UT 84107 |
| Premier IEC | | 10020 Galveston Rd | | Houston, TX 77034 |
| Premier Lab Supply | | 691 NW Enterprise Dr. | | Port St. Lucie, FL 34986 |
| Principal | | 711 High Street | | Des Moines, IA 50613 |
| Proactive Work Health Serv. | | 1803 Center Street | Suite A | Deer Park, TX 77536 |
| Progressive County Mutual Insurance Co | | 300 North Commons Blvd | | Mayfield Village, OH 44143 |
| Proper Risk Solutions | | 1700 Post Oak Boulevard 2 BLVD Place, Suite 600 | | Houston, TX 77056 |
| Puffer Sweiven LP | | 4230 Greenbriar | | Stafford, TX 77477 |
| Pye Barker Fire & Safety, LLC | | 11605 Haynes Bridge Rd | Ste 350 | Alpharetta, GA 30009 |
| R&M Telephone Service, Inc. | | 108 That Way St | | Lake Jackson, TX 77566 |
| Radwell International LLC | | 1 Millennium Drive | | Willingboro, NJ 08046 |
| Railworks Track Systems | Attn: Officer/Director or Legal Dept | PO Box 849055 | | Dallas, TX 75284 |
| Railworks Track Systems, Inc. | | 1600 W 13th St | | Deer Park, TX 77565 |
| Randy Adair | | Address Redacted | | |
| Ranger Conveying & Supply Co | | 4701 Clinton Drive | | Houston, TX 77020 |
| Raul Aguilar | | Address Redacted | | |
| Raul Valdez | | Address Redacted | | |
| Raymond Hembling | | Address Redacted | | |
| Readyrefresh By Nestle | | 9351 East point Dr. | | Houston, TX 77054 |
| Reagent Chemical & Research, LLC | Attn: Nicki Roccaforte | 115 US Highway 202 South | | Ringoes, NJ 08551 |
| Reed Smith LLP | | 599 Lexington Ave. | 22nd Floor | New York, NY 10022 |
| Refractory Construction Svcs Co LLC | d/b/a RCS | 1109 W 13th St | | Deer Park, TX 77536 |
| Reginald Jones | | Address Redacted | | |
| Relevant Industrial LLC | | 2010 MCALLISTER RD | | Houston, TX 77092 |
| Ricardo Nieto | | Address Redacted | | |
| Richard Ring | | Address Redacted | | |
| Ricky Garcia | | Address Redacted | | |
| Ricky Mathews | | Address Redacted | | |
| Robert Brown | | Address Redacted | | |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 17 of 23

 STRETTO

**Creditor Matrix**

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|---|---|---|---|---|
| Robert Ingles | | Address Redacted | | |
| Robert Miller | | Address Redacted | | |
| Robert Smith | | Address Redacted | | |
| Robert Taylor | | Address Redacted | | |
| Robert Thayer | | Address Redacted | | |
| Roberto Gallardo | | Address Redacted | | |
| Roberto Zuniga | | Address Redacted | | |
| Robin Bryant | | Address Redacted | | |
| RocMuni | | 138 Conant St | Suite 100 | Beverly, MA 01915 |
| Roderick Dixon | | Address Redacted | | |
| Rodolfo Martinez | | Address Redacted | | |
| Roland Cardenas | | Address Redacted | | |
| Rolando Cantu | | Address Redacted | | |
| Roll-Lift USA, Inc. | | 1825 HWY 146 S | | Dayton, TX 77535 |
| Ron Jefferson | | Address Redacted | | |
| Ronald Kambic | | Address Redacted | | |
| Rosenberg & Associates | | 3518 Travis St. | | Houston, TX 77002 |
| RPM Services, Inc. | | 27920 Hwy 288 | | Iowa Colony, TX 77583 |
| Ruben Bueno | | Address Redacted | | |
| Russell Rodriguez | | Address Redacted | | |
| S&P Global Limited | | 5 Ropemaker | Ropemaker Place, 4th Floor | London, UK EC2Y 9LY United |
| Sabre Demolition Corporation | | 115 Railroad St | | Warners, NY 13164 |
| Safety Compliance Management | | 14 Crow Canyon Ct. | | San Ramon, CA 94583 |
| Safety Kleen | | 1580 Industrial Drive | | Missouri City, TX 77459 |
| Safety Kleen Systems Inc | | PO Box 650509 | | Dallas, TX 75265 |
| Safety-Kleen Systems, Inc. | Attn: Officer/Director or Legal Dept | PO Box 975201 | | Dallas, TX 75397-5201 |
| Samuel Mcclain | | Address Redacted | | |
| Santiago Rodriguez Miller | | Address Redacted | | |
| Satellite Shelters Inc | | 2530 Xenium Lane North | Ste 150 | Plymouth, MN 55441 |
| Scott Machine Development Corp | | 200 Prospect Avenue | | Walton, NY 13856 |
| Scott Wylie | | Address Redacted | | |
| Searles Valley Minerals Inc. | | 9401 Indian Creek Parkway | Suite 100 | Overland Park, KS 66210 |
| Sefar Inc. | | 111 Calumet Street | | Depew, NY 14043 |
| SF Services, LLC dba Superior Fence Svcs | | 431 Jimmy Phillips Blvd | | Angleton, TX 77515 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 18 of 23



**Creditor Matrix**

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|------|-----------|-----------|-----------|--------------------------|
| SG&P, Inc. | | 1022 N. Avenue G | | Freeport, TX 77541 |
| SGS Canada Inc. | Attn: Roxanne Naidoo | 185 Concession Street | | Lakefield, ON K0L 1H0 Canada |
| Shangxiang Minmetals, Inc. | | 1725 Grace Ave. | | Arcadia, CA 91006 |
| Shellan Garland | | Address Redacted | | |
| Sheltex Investments, Inc. | Attn: Officer/Director or Legal Dept | 11 Flatcreek Pl. | | Spring, TX 77381 |
| Shermco Industries, Inc. | | 2425 East Pioneer Dirve | | Irving, TX 75061 |
| Sichuan International Investment Holding | Hong Kong Limited | 58/F, Bank of China Tower No.1 Garden Road | | Central, Hong Kong |
| Sick, Inc. | | 4140 World Houston Parkway | Suite 180 | Houston, TX 77032 |
| Skyhawk Chemical Inc | Attn: Officer/Director or Legal Dept | 701 N. Post Oak Road | Ste #450 | Houston, TX 77024 |
| SLS West Loop General II, LLP | | 4900 Fournace Pl | Suite 600 | Bellaire, TX 77401 |
| SLS West Loop II, LP | | 4900 Fournace Pl | Suite 600 | Bellaire, TX 77401 |
| South Coast Fire & Safety Inc. | | 6230 Brookhill Drive | | Houston, TX 77087 |
| Southern Alloy Corporation | | 36280 US Hwy 280 | PO Box 1168 | Sylacauga, AL 35150 |
| Southern Bracing Systems | | 113 Armstrong Ave. | | Rome, GA 30165 |
| Southern Ionics Incorporated | | 579 Commerce st | | West Point, MS 39773 |
| South-Tek Systems, LLC | | 3700 Us Hwy 421 N | | Wilmington, NC 28401 |
| Spark Power | | 4200 New West Rd | | Pasadena, TX 77507 |
| Sparkling Clear Industries | | 309 East Plantation | | Clute, TX 77531 |
| Specialties Company | | PO Box 2488 | | Freeport, TX 77541 |
| Specialty Supply Services LLC | | 14903 Windlea Ln | | Houston, TX 77040 |
| Spectro Analytical Instruments | | PO Box 301155 | | Dallas, TX 75303 |
| Spex Sampleprep, LLC | | 65 Liberty Street | | Metuchen, NJ 08840 |
| Stacy Boles | | Address Redacted | | |
| Stacy Pennington | | Address Redacted | | |
| Staples Advantage | | 6400 Hollister | Division 73-South Texas | Houston, TX 77040 |
| Starr Indemnity & Liability Company | | 399 Park Avenue | 2nd Floor | New York, NY 10022 |
| Starr Surplus Lines Insurance Company | Attn: Officer/Director or Legal Dept | 399 Park Avenue, Suite 2000 | | New York, NY 10022 |
| Stephanie Cooper | | Address Redacted | | |
| Stephen Ehret | | Address Redacted | | |
| Stephen Johnson | | Address Redacted | | |
| Stephen Leija | | Address Redacted | | |
| Steven Aguilar | | Address Redacted | | |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 19 of 23

 STRETTO

**Creditor Matrix**

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|---|---|---|---|---|
| Steven Brue | | Address Redacted | | |
| Steven Rodda | | Address Redacted | | |
| Stockton Transport, Inc. | | 6605 Highway 60 | | Wallis, TX 77485 |
| Stream Environmental, LLC | | 9000 Liberty Road | | Houston, TX 77028 |
| Stretto, Inc. | | 410 Exhange, Suite 100 | | Irvine, CA 92602 |
| Sun Coast Resources | | 6405 Cavalcade St | Bldg. 1 | Houston, TX 77026 |
| Sunbelt Rentals | Attn: Officer/Director or Legal Dept | PO Box 409211 | | Atlanta, GA 30384 |
| Sunbelt Supply Co | | 2811 FM 523 | | Freeport, TX 77541 |
| Suntrac Services Inc | | 1818 East Main St | | League City, TX 77573 |
| Superior Delivery Service | | 11404 Hempstead Rd | | Houston, TX 77092 |
| Superior Fabrication & Maintenance | | 415 South Ave A | | Freeport, TX 77541 |
| Superior Fence Services | | 431 Jimmy Phillips Blvd. | | Angelton, TX 77515 |
| Swagelok Texas Mid-Coast | | 2112 N Brazosport Blvd | | Richwood, TX 77531 |
| Swisher & Swisher LLC | | 4349 CR 356 | | Brazoria, TX 77422 |
| Swisher & Swisher LLC | | PO Box 762, 4349 CR 356 | | Brazoria, TX 77422 |
| Synapse - New Orleans | | 3246 Magazine Street | | New Orleans, LA 70115 |
| Synapse Services | | 825 Town and Country Lane | Ste 1200 | Houston, TX 77024 |
| Tap Industrial Services Inc. | | 526 Mockingbird Lane | | Clute, TX 77531 |
| Tariq Smith | | Address Redacted | | |
| Tarun Bhatt | | Address Redacted | | |
| Tata Chemicals Soda Ash | Attn: Officer/Director or Legal Dept | 111 East Sego Lily Drive | Suite 200 | Sandy, UT 84070 |
| Techstar | | 802 West 13th Street | | Deer Park, TX 77536 |
| Tennant Sales and Service Company | | 10400 Clean Street | | Eden Prairie, MN 55344 |
| Terracon Consultants, Inc. | Attn: Jason Mills | 1740 W 4th St, Ste 101 | | Freeport, TX 77541 |
| Testengeer Inc | | 6918 Highway 332 East | | Freeport, TX 77541 |
| Texas Attorney General | Attn: Officer/Director or Legal Dept | 300 W. 15th St | | Austin, TX 78701 |
| Texas Brine Company LLC | Attn: Officer/Director or Legal Dept | 4800 San Felipe | | Houston, TX 77056 |
| TX Commission On Environmental Quality | | 12100 Park 35 Circle | | Austin, TX 78753 |
| TX Commission On Environmental Quality | Attn: Officer/Director or Legal Dept | PO Box 13087 | | Austin, TX 78711 |
| TX Commission On Environmental Quality | | PO Box 13088 | | Austin, TX 78711 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 20 of 23

 STRETTO

**Creditor Matrix**

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|---|---|---|---|---|
| Texas Comptroller of Public Accounts | Attn: Officer/Director or Legal Dept | 111 East 17th Street | Lyndon B. Johnson State Office Building | Austin, TX 78774 |
| Texas Comptroller of Public Accounts | c/o Ofc AG Bankruptcy & Collections Div | Attn Callan Searcy & Sherri Simpson | PO Box 12548, Capitol Station | Austin, TX 78711 |
| Texas Department of Revenue | | Lyndon B. Johnson State Office Building | 111 East 17th Street | Austin, TX 78774 |
| Texas Dept State Health Services | | Cash Receipts Branch, MC 2005 | PO Box 149347 | Austin, TX 78714 |
| Texas Engineering Services | | 827 Spring Creek Drive | | Grapevine, TX 76051 |
| Texas Gulf Bank | | 1400 N Brazosport Blvd | | Freeport, TX 77541 |
| Texas Mutual Insurance Company | | 2200 Aldrich St | | Austin, TX 78723 |
| Texas Outhouse, Inc. | | 950 McCarty Street | | Houston, TX 77029 |
| Texas Scientific Products, Inc | | 11941 Hilltop Road | Suite 15 | Argyle, TX 76226 |
| Texas State Comptroller | | Comptroller of Public Accts | | Austin, TX 78774 |
| Texas Steam Equipment Company | | 3202 S. Battleground Road | | La Porte, TX 77571 |
| The Babcock & Wilcox Company | | 1200 East Market Street | Suite 650 | Akron, OH 44305 |
| The Cole Group | | Dept 209 | PO Box 4458 | Houston, TX 77210 |
| The Dow Chemical Company | Commercial Lawyer, Energy | 1254 Enclave Parkway | | Houston, TX 77077 |
| The Dow Chemical Company | Corp Transactions - M&A, Legal Dept | Global Dow Center, 2211 H.H. Dow Way | | Midland, MI 48674 |
| The Dow Chemical Company | Attn: Contract Manager | Industry Park Contract Management | Texas Innovation Center | Lake Jackson, TX 77566 |
| The EPA Region 6 | Attn: Officer/Director or Legal Dept | 1201 Elm Street, Suite 500 | | Dallas, TX 75270 |
| The Fitzpatrick Company | | 90 Glacier Dr | | Westwood, MA 02090 |
| The Transmitter Shop | | 2531 Preston Ave | | Pasadena, TX 77503 |
| Thermal Polymer Systems, LC | | 908 S Velasco St | | Angleton, TX 77515 |
| Thermo Electron North America | | 1400 Northpoint Parkway | Suite 50 | West Palm Beach, FL 33407 |
| Thermo-Temp, Inc. | | 813-A Woodcrest Drive | | Houston, TX 77018 |
| Third Coast Sealing LLC | | 2818 FM 523 Rd | | Oyster Creek, TX 77541 |
| Thomas Scientific, LLC | | 1654 High Hill Road | | Swedesboro, NJ 08085 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

 STRETTO

**Creditor Matrix**

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|---|---|---|---|---|
| Thorpe Plant Services, Inc. | | 6833 Kirbyville | | Houston, TX 77033 |
| Tim Pohl | | Address Redacted | | |
| Tina Deholt | | Address Redacted | | |
| TMAC Technologies LLC | | 990 N Hwy 287 | Suite 106-198 | Mansfield, TX 76063 |
| Tons Per Hour | | 922 Lincoln Way | Suite C | Auburn, CA 95603 |
| Tony Guined | | Address Redacted | | |
| Total Safety | | 903 Industrial St | | Clute, TX 77531 |
| Total Tent Solutions | | 7134 Satsuma Dr | | Houston, TX 77041 |
| Travis Weed | | Address Redacted | | |
| Triangle Rescue Standbys Service | | 3875 I-H 10E | | Orange, TX 77630 |
| Trinity Consultants, Inc. | | 12700 Park Central Dr. | Suite 2100 | Dallas, TX 75251 |
| Triplex, Inc. | | 1404 N Ave J | | Freeport, TX 77541 |
| Troy Wright | | Address Redacted | | |
| TRP Advisors, LLC | | 2045 N Fremont St | | Chicago, IL 60614 |
| True Fab, Inc. | | 418 S Gulf Blvd | | Freeport, TX 77541 |
| True Steel, LLC | | Blank Form - Not executed | | |
| Turbeville Construction, LLC | | 131 E. 2nd Street | | Freeport, TX 77541 |
| Tyler Salinas | | Address Redacted | | |
| U.S. Ecology | Attn: Officer/Director or Legal Dept | 3277 Country Rd 69 | | Robstown, TX 78380 |
| Ulysses Bivens | | Address Redacted | | |
| UMB Bank, N.A. | | PO Box 414589 | | Kansas City, MO 64141 |
| UMB Bank, National Association | c/o Arnold Palmer | MMessersmith, MCarter, SGittlitz &OHaney | 70 West Madison St, Sute 4200 | Chicago, IL 60602-4321 |
| Unifiedcommunications | | 2075 East Governors Circle | | Houston, TX 77092 |
| Union Pacific Railroad | Attn: Officer/Director or Legal Dept | PO Box 502453 | | Saint Louis, MO 63150 |
| United Rentals (North America) | | 403 W Plantation Drive | | Clute, TX 77531 |
| UPS | | PO Box 7247-0244 | | Philadelphia, PA 19170 |
| Urlan Dunlap | | Address Redacted | | |
| US Atty Ofc - Southern District of TX | | Attn: Jennifer Lowery | 1000 Louisiana Ste 2300 | Houston, TX 77002 |
| US Ecology | | 3225 County Road 69 | | Robstown, TX 78389 |
| US Ecology Texas, L.P. | | PO Box 26273 | | Salt Lake City, UT 84126 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

 **STRETTO**

# Creditor Matrix

| Name | Attention | Address 1 | Address 2 | City, State, Zip Country |
|---|---|---|---|---|
| US EPA HQ Acct Operations | | RCRA Info Center | PO Box 360277M | Pittsburgh, PA 15251 |
| Vasquez Waite | | 440 Louisiana St. | Ste. 1600 | Houston, TX 77002 |
| Vector Controls LLC | | 2200 10th Street | Suite 300 | Plano, TX 75074 |
| Ventura Precipitator Specialists | | 1686 Nutcracker Court | | Newbury Park, CA 91320 |
| Vernor Material & Equipment | | 545 Wilson Rd | | Freeport, TX 77541 |
| Versa Integrity Group, Inc. | | 4301 Highway 27 South | | Sulphur, LA 70665 |
| Victor Hamilton | | Address Redacted | | |
| Victoriano Lopez Jr | | Address Redacted | | |
| Vincent Miller | | Address Redacted | | |
| Vision Service Plan | | 3333 Quality Dr | | Rancho Cordova, CA 95670 |
| VPmet | | 22 Rue de la Commanderie | | Le Mesnil-Saint De France, 7 |
| VPRA | | 715 Harness Creek View Drive | | Annapolis, MD 21403 |
| Waid Corporation | | 13785 Research Blvd | Suite 100 | Austin, TX 78750 |
| Waid Corporation DBA Waid Environmental | | 10800 Pecan Park Blvd, Suite 300 | | Austin, TX 78750 |
| Walter Crane | | Address Redacted | | |
| WEAVE Filtration | Attn: Officer/Director or Legal Dept | 100 Tri City Rd | Unit 117 | Somersworth, NH 03878 |
| Weaver and Tidwell, LLP | Attn: Ariel Bonno | 2821 West 7th St | | Fort Worth, TX 76107 |
| Weaver and Tidwell, LLP | | 4400 Post Oak Parkway, Suite 1100 | | Houston, TX 77027 |
| Weigh Tech | | 2422 Hwy 288B | | Richwood, TX 77531 |
| Weighing Technologies Inc. | | 2422 Hwy 288-B | | Richwood, TX 77531 |
| Wholesale Electric Supply | | 602 Jaco St. | | Clute, TX 77531 |
| Wilson Company | | 7330 W. Sam Houston Pkwy N. | | Houston, TX 77040 |
| Wunderlich-Malec | | 6101 Blue Circle Dr | | Eden Prairie, MN 55343 |
| Xavier Lunford | | Address Redacted | | |
| XRF Scientific Americas Inc | | 620 Cathcart 259 | | Montreal, QC H3B 1M1 Cana |
| Zachariah Castro | | Address Redacted | | |
| Zenon Lanos | | Address Redacted | | |
| ZOHO Corporation | | 4900 Hopyard Road | Suite 310 | Pleasanton, CA 94588 |

In re: Aleon Metals, LLC, et al.
Case No. 25-90305 (CML)

Page 23 of 23